Christina L. Johnson, SBN 114232
Aria Law Company
130 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 558.9800
Facsimile: (415) 389.8149
E-mail:  arialaw@mindwspring.com

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.


# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation <br><br> Plaintiff, <br><br> vs. <br><br> NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc. <br><br> Defendants | Case No.: C 02-01418 JF <br><br> **DECLARATION OF RON NAJAFI IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:   August 26, 2001 <br> Time:   9:00 a.m. <br> Place:  Courtroom 3 <br> Before: Hon. Jeremy Fogel |

I, Ron Najafi, declare:

1. Except as to those matters stated on information and belief, I make this declaration based on personal knowledge and, if called to testify herein, would and could competently testify to the facts set forth herein.

2. I am the principal of California Pacific Laboratories, Inc. ("CAL. LABs"). I will not reiterate my educational background as it is stated fully in my affidavit in support of the instant motion. I do, however, wish to emphasize my

background in organic chemistry and Ph.D. in organic chemistry from U.C. Davis, California.

3. As president of California Pacific Laboratories, Inc. ("CAL. LABS"), I have been directly involved in the marketing, design, engineering, promotion, customer service and distributor relations for our product entitled the Eco Funnel which has been marketed and sold in forty different styles and designs.

4. As I testified in my last affidavit, CAL. LABS has sold its product directly to customers as well as through distributors such as Aldrich Chemical Co., ChemGlass Inc., Lab Safety Supply Inc. and Nalge Nunc International, Inc. ("NALGE").

5. Until August of 2001, CAL LABs continued to promote NALGE as a reputable distributor of the Eco Funnel under the name of the Nalge Safety Waste Funnel.

6. Since the take over by NALGE of our product in violation of both the distributorship agreement and the confidentiality agreements attached to the Complaint herein as Exhibits "A," "B" "C" "D" and "E" respectively, we have lost the goodwill of our customers who continue to confuse defendants' product as originating from CAL LABs. For example, from April 8 to 10 of this year, I attended the American Chemical Society's Conference in Orlando, Florida for the purpose of displaying and promoting the Eco Funnel.

7. On at least two occasions I was informed by professional chemists visiting our booth that they had purchased large quantities of the Eco Funnel, which we were very pleased about. However, after further discussion, we realized that these customers had actually purchased the identical product

manufactured by sold by defendants NALGE and APOGENT

TECHNOLOGIES, INC. ("APOGENT").  The customers explained to me

that they thought they had purchased CAL LABs product with all

the features they had come to know through our extensive

advertising and other marketing efforts.

8. I am informed and believe that the customers'

expectations were also based on, among other things, prior

visits with representatives of our company and demonstrations of

our product at many trade shows and professional conferences.

9. NALGE and APOGENT continue to ride on our coat-tails by

taking advantage of all of our years of research and

development. They have blithely moved forward with their

promotion and sale of a product which they stopped purchasing

from us, thus further destroying our credibility in the

marketplace. They have severely undermined our market share in a

steady but demonstrable pace and have, in the course of these

underhanded tactics, decimated our business which has gone from

four employees to two employees. We have been forced to

eliminate our employee responsible for sales, marketing and

distributor relations and I and another employee have had to cut

back considerably on our time and efforts to promote the Eco

Funnel.

10. I am informed and believe that defendants are engaged

in the practice of switching orders that are originally for the

Eco Funnel, that manufactured by Cal Labs, and switching

customers to ECO Funnel that is now manufactured by Nalge.

11. I am further informed and believe that NALGE is

switching part numbers in order to deceive the consumer and to

1  achieve a seamless misrepresentation regarding the origination
2  of the Eco Funnel.

3      12. Because of their continuing acts of infringement of our
4  trade dress and breach of our confidential and proprietary trade
5  secrets in the form of customer lists, emission studies, and
6  marketing strategies (as pointed out in the Complaint herein),
7  CAL LABs is now in the position of closing its doors. (see Lisa
8  Hanna's inter-office memo requesting Cal Labs confidential
9  information on the emission study, which to date this study
10 confidential information is in confidential and out of the
11 public domain, see defendant's witness declaration exhibit 1,
12 item 3, attached to defendants' Opposition).

13     13. Until August of 2001, CAL LABS continued to promote
14 NALGE as a representative distributor of ECO Funnel that was
15 sold under the name Nalge Safety Waste System (see Exhibit F).

16     14. Approximately ninety five percent (97%) of CAL LABs
17 income is derived from sales of the Eco Funnel either through
18 direct sales or through distributors who are now confusing the
19 two products and assuming that NALGE has purchased CAL LABs or
20 somehow merged with CAL LABs. In fact, several customers have
21 stated that they thought this was the case.

22     15. In late 1995 and early 1996, CAL LABs promoted its
23 "phase zero" design which had a ball attached to the lid and had
24 a white color with no indentation in the lid. See Exhibits "G"
25 and "H".  This "phase zero" design was also distributed by major
26 distributors such as Aldrich and Chem Glass. See Exhibits "I",
27 "J" and "K" attached herein.

28

16. The phase zero design formed the basis for the patent # 5,515,892 and the new, evolved product did not have the ball and was therefore not covered by the patent. A new patent covering the modified version was never obtained which is why the defendants intense focus on the patent is nowhere supported by the facts of this case nor have we alleged any cause of action based on patent infringement.

17. Liz Reagan, a witness for defendants, states that CAL LABs "pitched" their product to NALGE. This is contrary to affidavit of Lisa Hanna, a former employee of NALGE. It was NALGE who approached CAL LABs and not the other way around.

18. The original meeting was serendipitous that the principals of the two companies even met at the Institute of Food Technologists (IFT) at its Conference in New Orleans in Louisiana in 1996.

19. It was Mr. Skapriwsky, the marketing manager of NALGE, who initially indicated strong interest in the Eco Funnel while visiting Cal Lab's trade booth at IFT.

20. CAL LABs insisted, as a condition of any meeting, on the execution of a confidentiality agreement prior to any meetings taking place in Rochester, New York. Such a document was not routine for NALGE.

21. CAL LABs prepared pages one and two and NALGE added pages 2 and 4 to the agreement. In the portion drafted by NALGE, it agrees that an injunction will be mandatory upon a finding of infringement or breach of the agreement and that, in fact, it is the only adequate remedy. Defendants even attach their own language to their opposition papers without any adequate

1   explanation for its inclusion other than enforcement should a
2   "breach or a threat of a breach occur", furthermore "this
3   agreement shall survive the termination of any business
4   relationship between the parties" (see Exhibits E, item 4 and 5,
5   herein attached)

6   22. For us, this agreement became the overall framework and
7   only assurance by which the parties could openly conduct their
8   business. The Agreement included new designs, potential
9   redesigns, and marketing studies (Exhibit B, line 5, herein
10  attached).

11  23. Nalge prepared the Agenda and upon arrival, Cal Lab
12  finalized the signing of the Overall framework agreement
13  referred to above.  Agenda of our First Meeting in Rochester at
14  Nalge's is hereby attached (Exhibit "L", "M")

15  24. The agenda clearly delineates the spirit of the meeting
16  and the follow up; inter-office memos by Nalge indicate that the
17  level of integrity and interest was high for Cal Labs product.

18  25. Nalge discussed manufacturing and Licensing of ECO
19  Funnel with Cal Labs (see Liz Reagan declaration, exhibit 1,
20  item 7, and Exhibit "N", line 11, herein attached), However,
21  Nalge decided to initially purchase the product under a three-
22  year term, and if market warranted it, then they would begin
23  negotiating a licensing arrangement with Cal Lab. (Exhibit "O".
24  and "P").  Nalge was much interested in accommodating Cal Lab's
25  need to even pay in advance of each shipment.

26  26. Ms. Reagan stated (decl. Page 2, line 3), "The novelty
27  of the ECO Funnel™ was the ball attached to the lid to the
28  funnel".  Firstly the Novelty of the Cal Lab's ECO Funnel,

either for phase zero (patent # 5,515,892 ) or phase I, was "ECO Funnel" and what it did, and not the ball or any other accessories.  Ms. Reagan stated (decl page 2, line 3), "Nalge and Dr. Najafi discussed certain redesign of the product to make it more commercially acceptable, such as color, funnel shape lid, shape, as well as elimination of the ball".   Another word there is many re-design of the ECO Funnel that can be utilitarian and could have been marketed with the same function and commercial end.

27.  Ms. Reagan states in her declaration (page 2, line 8) "The Nalgene® Safety Waste Funnel was designed with many inherent safety Features". Firstly, Ms. Reagan use of The Nalgene® Name repeatedly is referring to having their brand imprinted on Cal Lab's ECO Funnel.  By doing this Cal Lab, by no means relinquished its ownership of its product, nor has it given Nalge the right to design, or re-design, and/ or manufacture Cal Lab's ECO Funnel, branded as Nalgene®. This is the Cal Lab, ECO Funnel™ that we private labeled for Nalge as per Nalge's purchase order based on our purchasing agreement dated March 1997.

28. Ms. Liz Reagan in her declaration (page 2, line 9,8) states "the red color lid provide a visual enhancement".  That is true, and in fact so do colors such as white, yellow and orange.  Ms. Reagan also states in page 2, line 15, that Nalge suggested the color red to Cal Labs.   In fact Cal Lab. consulted with their other distributors, and design engineers as well, and the final decision was made by Cal Lab management at the time to go with red color for the lid and natural white for

the body of the funnel.   Simply by Nalge making a suggestion, does not give them ownership or any rights thereof Funnel™ (Exhibit  "A thru. E" herein attached).

29. Color Coding is not mandated or recommended by OSHA for the chemical industry. It is important to note that Occupational Safety and Health Organization (OSHA) regulates work place safety in agriculture, farming, offices, and chemical industry, among others.   OSHA is a sub-agency of the Department of Labor.

30. Ms. Reagan stated (decl, Page 2, line 17) "The red lid is in conformance with the chemical industry color coding".  Ms. Reagan cites the following Code of Federal Registry:
 CFR-20-1910.145 (f) App A. (Liz Reagan decl. Exhibit 2).

31. I, Ron Najafi, declare that CFR-20-1910.145 on OSHA's website: www.osha.gov does refer to these color coding, however these references are made as it relates to transportation equipment relating to Agricultural Operations (Exhibit "Q"), and a sub-section having to do with slow moving vehicle.   In my opinion and with the reasoning brought forth above, Ms. Reagan's declaration (page 2, line 16), and her reasoning has no merit.

32. OSHA puts more emphasis on Warning Labels, Symbols (such as fire symbol, radioactivity symbols, bio-hazard symbols, etc)

33. In a report prepared by the National Advisory Committee on Occupational Safety and Health (NACOSH), (Exhibit "R" and "S").  This prestigious group of chemical industry experts reported "The use of color coding systems as a sole means to communicate hazard of chemicals should not be mandated by OSHA. Should color coding be a part of a rule adopted under the

international harmonization efforts, OSHA should NOT make the color coding a part of the US system", they also state (Exhibit "T") "A small but significant segment of the population is color blind.  The use of color coding alone to represent hazards will not be detected by these individuals and thus reliance on this type of hazard communication alone would not only be ineffective, but also potentially dangerous".

34. I, Ron Najafi, with over 20 years of experience in chemical laboratory testify that use of symbols and explicit warning labels are the approved and mandated way to communicate danger or hazard in chemical industry.  Simply having a color that stands out in the laboratory is sufficient in communicating the presence of an object.  Such as colors that contrast well with the laboratory settings.  For example:  Bright fluorescent colors, orange, yellow, blue, white, Red, Green, are sufficient for this purpose.  Therefore Nalge is not mandated to use color red.

35. In fact Cal Lab's other competitors have chosen white, and yellow to distinguish their product in the market place. (Exhibit "U", "V", "W", and "X").  Nalge's intentional use of Red color in combination of other non-functional design part of Cal Lab's ECO Funnel has created sufficient confusion in the market place.  Cal Lab. may not own the color red as it stands on any other product, but it does own the red when it is in combination with all the other feature, such as look and feel of Cal Lab, ECO Funnel.  The similarity of Cal Labs ECO Funnel branded as Nalgene® and manufactured by Cal Labs (Exhibit "Y",

herein attached) and ECO Funnel™ branded as Nalgene® and manufactured by Nalge (Exhibit "Z" herein attached) is striking.

36. We believe Nalge intended to make a smooth transition from Cal Lab's manufactured ECO Funnel (Nalgene branded), to Nalge Manufactured and Nalgene® branded ECO Funnels in the eyes of the Cal Labs' customers.

37. Ms. Reagan in her declaration (page 2, line 20) states, "The red lid is also recessed (indented) to allow for retention of liquid accidentally poured into the funnel, should the lid be closed".

38. As the designer of the Cal Lab's ECO Funnel™, we never intended the funnel's lid to catch any liquid.  In fact, Nalge has now copied this recess of the lid of the ECO Funnel™ thinking it was functional.   It serves no purpose whatsoever. The funnel will function with or with out recess.   In fact customers will be much happier if we eliminated the recess. This recess is needless, and serves no function.

39. This recess has resulted in customer complaint and has resulted in customer mistakenly pouring liquid into the recess area, thinking that the funnel is open. As a matter of fact Nalge engineers expressed concern that customer may mistakenly pour their liquid waste into the closed cap. (see Liz Reagan declaration, exhibit 1, item 4). Since, this was Cal Lab design and mold had been made, Cal Lab decided to maintain this unique but un-necessary and non-functional feature.   In 1996, Nalge had no choice and went along with it.

40. Cal Labs Customers identify this non-functional recessed lid with Cal Labs since 1996.

1   This mistaken design became somewhat of a "Point of discussion"
2   in a fun way between Cal Labs and its customers at various trade
3   show.  And now Cal Lab customers "have come to identify" this
4   non-functional recessed lid with Cal Lab's ECO Funnel products.
5   An interesting and useless mistake that has also been copied by
6   Nalge.

7   41. Statement by Ms. Reagan (Decl. page 2, line 20) that
8   this recessed lid serves to catch liquid is incorrect. If the
9   cap were to not be recessed, then customers would see it and
10  will open the lid.  It is only because of the recess that
11  customers have reported this problem.

12  42. Other Cal Labs competitors did not see functionality in
13  Cal Lab's recessed lid.
14  None of our other competitors found this recess necessary, for
15  their product to function.
16  (Exhibit "U","V","W" and "X")

17  43. Ms. Liz Reagan in her declaration (Page 2, line 23, 24)
18  stated "The Funnel's bowl shape design has a horizontal surface
19  area and is sloped to slow down the liquid stream as it enters
20  the container, thus reducing the splash back of the liquid while
21  pouring".

22  44. Let us define what splashing means.  In my expert
23  opinion, the splashing that Ms. Reagan refers to is also known
24  as "Air Trapping".  This is when you are pouring liquid rather
25  fast through a house hold funnel, and if the air is not
26  displaced fast enough from the same opening that liquid is going
27  down, then air is trapped and will case the sound "Glop, Glop"
28  and bubbles begin to emit form the bottle and may cause

splashing.   In the case of Nalgene® brand Nalge Safety Waste

made by Cal Labs or Nalgene® brand Safety Waste funnel made by

Nalge, this situation is not possible.

45.   Splashing is not a function of the angle of the bowl

at all. This is the function of the air vent that is part of the

construction of the ECO Funnel.  Both ECO Funnels™ vent air

though a separate route out of the bottle, hence resulting in

orderly displacement of the trapped air form insider the bottle.

Therefore, Ms. Reagan assertion in (page 2, line 23, 24 of her

declaration) is incorrect.

46. Changing the design of the bowl, will not be the cause

any of the splashing so long as the air that is trapped is

removed via a vent in an orderly fashion.

47. I, Ron Najafi, welcome the opportunity to demonstrate

this concept in an evidentiary hearing during the week of August

11, 2002 through August 26, 2002.

48. Other Competitors have not found the bowl shape design

Functional and necessary.  They have been able to create other

design that prevents splashing and are competing with us fairly

and without infringement on our design or colors. (Exhibit

"U","V","W" and "X")  It is surprising that Nalge with

tremendous engineering talent did not investigate this issue.

49.   By Copying Cal Lab's Design, Nalge saved untold amount

of money on Research and Development. It is Cal Lab's assertion

that Nalge did not spend much time research and developing their

re-designed ECO Funnel™ now manufactured by Nalge solely based

on the fact that copying was the least expensive way to go.

50. Liz Reagan declaration (Page 2, line 26) states, "that a conical shape design will be top heavy making an empty bottle unstable". In fact bowl shape funnel on an empty funnel is also top heavy as well. This really depends on the weight of the funnel and its center of gravity. Nalge engineers could have surely employed a conical shape or a rectangular shape, with similar center of gravity. Additionally, top heaviness has never been a big issue, especially since regulation calls for a secondary container, which will help stabilize the ECO Funnel.

51. Nalgene® Safety Waste Label on ECO Funnel As part of our "working Agreement" with Nalge we believed Nalge's name would add credibility to our product, and help sell more ECO Funnel™.

52. In 1998-2001 none of the major catalog distributors had placed Nalgene® branded ECO Funnels in their major catalogs. Nalge sales were expectedly slow. In fact we, Cal Labs tried to help Nalge by promoting them on the back of our catalog, and actively referring customers to Nalge. (Exhibit F, back page of Cal Lab's catalog).

53. Cal Lab is a "One Product Company." Because of our focus on ECO Funnel and because Cal Lab is a "One Product Company" our focus and marketing impact was much higher than Nalge in the early years. We advertised more, both in terms of "foot soldering" and visiting customers along with our other distributors. A sample of our advertising is attached (Exhibit "A1" thru. "A12"

54. On Page 3, line 18 of the defendant's witness declaration refers to customer complaints with regard to Cal

Labs, ECO Funnel.  Yes, we had a few problems primarily with one of the models.  Nalge and Cal Labs mutual records and correspondences will indicate that those issues were resolved to mutual satisfaction of both parties.  In fact same models are now being sold by a number of our distributors with no customer complaint.   It is inherent to any new innovative product to have minor problems.

55. New cars, new equipments, tools and other product get routinely recalled.  It is our assessment from the ECO Funnel manufactured illegally by Nalge that they will have far more complaints due to several design defects of their ECO Funnel.

56. In fact several customers have already complained to us, thinking that ECO Funnel manufactured by Nalge was actually our product.  (Will make presentation in an evidentiary hearing)

57. Nalge has over 3000 products in their catalog, while Cal Lab has one product (ECO Funnel) Ms. Reagan stated in her declaration (page 3, 11), "Nalge currently has approximately 65 employees working in its development, manufacturing, marketing and sales of the Nalgene® brand safety waste funnel", she goes on by saying that Nalge's annual gross sales of Nalgene® safety funnel is approximately $180,000.

58. Let me clarify this by stating that in my opinion and based on Lisa Hanna's declaration, Nalge has over 3000 products, and it is very likely that the efforts of 65 people in marketing department are spread across the board. Index of Nalge's catalog is attached. (Exhibit A13)

59. Nalge is owned by Apogent with a market Cap of ~$2 Billion dollars. Apogent Last year had Sales of ~1.00 Billion,

1   and Net income in the amount of 114.4 Million Dollars. Apogent

2   employs 6,400 persons. (Exhibit A14)

3       60. Ms. Reagan stated (declaration page 3, line 24) "Nalge

4   spent approximately $80,000 on designing, printing and

5   distributing its catalog and advertisement featuring Nalgene®

6   Safety Waste System and Funnel.

7       61. Nalge also spent approximately $50,000 in training its

8   30 sales representative." Ms. Reagan needs to clarify further

9   that Nalge spent $80,000 on their entire catalog, which contains

10  over 3000 products. One of those is Nalgene® brand Safety waste

11  funnel.

12      62. This translates into advertising cost of $26 per

13  product only.  It is my understanding from Lisa Hanna that Sales

14  Reps, get trained over a wide range of products. Relative to the

15  size of the company, Cal Lab has spend far more in design,

16  research, prototypes, manufacturing, trade shows, color

17  brochures, etc.

18      63. It cost Cal Lab. 10,000 to print a small catalog with

19  40 different sizes and models of ECO Funnel, while, it cost

20  Nalge $80,000 to print a catalog with 3000 products.  This is

21  economy of scale that Cal Lab does not enjoy.

22      64. While Cal Labs has attended both semi-annual meeting

23  and exhibition of the American Chemical Society (ACS) trade

24  shows since 1996.  (Cal Lab. advertising are attached), Nalge

25  decided to cut back their trade show spending in 1998, to only

26  one ACS trade show per year.  It appears that Nalge has entirely

27  stopped attending the American Chemical Society Trade show

28  beginning August 2002.

65. Nalge Loss of $500 per day will not harm Nalge
Ms. Reagan stated in her declaration (Page 3, line 27, 28) "if the court ordered Nalge to stop selling its Nalge Safety Waste Funnels, it is my estimation that Nalge will lose $500 per day".

66. This amount will not harm Nalge and will not result in any staff reduction whatsoever.  $500 per day is close to what Cal Lab is Losing every day.  Nalge has over 3000 products and with a net income of $114 million, can survive this loss until such time court judgment is rendered.

67. On the other hand the impact on Cal Lab has been and continues to be devastating. Cal Lab will be more that willing to post bond as per order of the court.

68. One might look at individual legal points on every single issue in trade dress cases, but this case require attention to the close relationship between Cal Lab as an inventor / manufacturer and Nalge as a distributor.

69. Because of their continuing acts of infringement of our trade dress and breach of our confidential and proprietary trade secrets in the form of customer lists, emission studies, and marketing strategies (as pointed out in the Complaint herein), CAL LABs is now in the position of closing its doors.  Therefore the Principals of Cal Lab. pray that this injunctive relief is granted.

70. I am the principal of California Pacific Lab (Cal Labs), as such I have personal knowledge of the matters set forth herein, and if called to testify I could and would testify completely hereto.

71.   This declaration is being filed in support of Plaintiff's Motion for Preliminary Injunction.

72.   Attached here to Exhibit "A" is a true and correct copy of a cover letter sent to Lisa Hanna of Nalge along with the two page confidentiality agreement.

73.   Attached here to Exhibit "B" is a true and correct copy of Cal Labs confidentiality agreement, page 1

74.   Attached here to Exhibit "C" is a true and correct copy of Cal Labs confidentiality agreement, page 2

75.   Attached here to Exhibit "D" is a true and correct copy of Addendum to Confidentiality Agreement of California Pacific Lab and Consulting (Cal Labs), page 3

76.   Attached here to Exhibit "E" is a true and correct copy of Addendum to Confidentiality Agreement of California Pacific Lab and Consulting (Cal Labs),  page 4

77.   Attached here to Exhibit "F" is a true and correct copy of the back of Cal Labs catalog promoting Cal Labs distributors, including Nalge

78.   Attached here to Exhibit "G" is a true and correct copy of first brochure on Cal Labs phase zero product, which was marketing direct and through distributors.

79.   Attached here to Exhibit "H" is a true and correct copy of of first brochure on Cal Labs phase zero product, which was marketing direct and through distributors.

80.  Attached here to Exhibit "I" is a true and correct copy of ChemGlass Inc. distributor of Cal Lab's phase zero design adverting in their 1996 main catalog

81.  Attached here to Exhibit "J" is a true and correct copy of ChemGlass Inc. distributor of Cal Lab's phase zero design adverting in their 1996 main catalog

82.  Attached here to Exhibit "K" is a true and correct copy of ChemGlass Inc. distributor of Cal Lab's phase zero design identifying Cal Lab's ECO Funnel trade mark in their 1996 main catalog.

83.  Attached here to Exhibit "L" is a true and correct copy of cover page to the Agenda of Nalge – Cal Labs first meeting.  Agenda was prepared by Nalge.

84.  Attached here to Exhibit "M" is a true and correct copy of  actual Agenda of the first meeting between Cal Labs and Nalge in Rochester, NY.

85.  Attached here to Exhibit "N" is a true and correct copy of Nalge inter-office memo faxed to Cal Labs (first  page)

86.  Attached here to Exhibit "N" is a true and correct copy of Nalge inter-office memo faxed to Cal Labs (second page)

87.  Attached here to Exhibit "O" is a true and correct copy of signed Purchasing Agreement drafted by Nalge.

88.  Attached here to Exhibit "P" is a true and correct copy of "Amendment to Agreement between Nalge and Cal Labs" signed on March 4, 1997

89.  Attached here to Exhibit "Q" is a true and correct copy of US Department of Labor, OSHA recommended color coding regarding slow moving vehicles.

90.   Attached here to Exhibit "R" is a true and correct copy of National Advisory Committee on Occupational Safety and Health (NACOSH). Report to OSHA on Hazard Communication. (Cover page)

91.   Attached here to Exhibit "S" is a true and correct copy of "NACOSH" not recommending color coding for hazard communication to OSHA

92.   Attached here to Exhibit "T" is a true and correct copy of "NACOSH" not recommending color coding for hazard communication to OSHA because of many color blind individual.

93.   Attached here to Exhibit "U" is a true and correct copy of a competing product to Cal Labs. (http://www.hartleige.com/baelz/safety.htm)

94.   Attached here to Exhibit "V" is a true and correct copy of DynaLabs competing product.

95.   Attached here to Exhibit "W" is a true and correct copy of Dynalab's competing product sold by A. Daigger & Company of Vernon Hills, Illinois.

96.   Attached here to Exhibit "X" is a true and correct copy of Competing product sold by ScienceWare, a VWR company.

97.   Attached here to Exhibit "Y" is a true and correct copy of a color brochure featuring Cal Labs ECO Funnel manufactured by Cal Labs and distributed by Nalge.

98.   Attached here to Exhibit "Z" is a true and correct copy of a color brochure featuring ECO Funnel manufactured by Nalge and distributed by Nalge.

99.  Attached here to Exhibit "A1" is a true and correct copy of excerpts from Cal Labs color catalog featuring ECO Funnel manufactured and sold by Cal Labs.

100. Attached here to Exhibit "A2" is a true and correct copy of excerpts from Cal Labs catalog featuring ECO Funnel manufactured and sold by Cal Labs.

101. Attached here to Exhibit "A3" is a true and correct copy of a color sell sheet featuring ECO Funnel with HPLC attachment manufactured and sold by Cal Labs.

102. Attached here to Exhibit "A4" is a true and correct copy of color post card mailed to over 10,000 customer in the United States.

103. Attached here to Exhibit "A5" is a true and correct copy of color brochure featuring phase I product of Cal Labs ECO Funnel in 1997.

104. Attached here to Exhibit "A6" is a true and correct copy of color brochure featuring phase I product of Cal Labs ECO Funnel in 1997.

105. Attached here to Exhibit "A7" is a true and correct copy of color brochure featuring phase I product of Cal Labs ECO Funnel in 1997.

106. Attached here to Exhibit "A8" is a true and correct copy of color brochure featuring phase I product of Cal Labs ECO Funnel in 1996.

107. Attached here to Exhibit "A9" is a true and correct copy of color brochure featuring phase I product of Cal Labs ECO Funnel in 1996.

108. Attached here to Exhibit "A10" is a true and correct copy of color Aldrich sell sheet which Cal Lab designed, prepared and paid for.

109. Attached here to Exhibit "A11" is a true and correct copy of excerpts from Cal Labs color catalog featuring ECO Funnels .

110. Attached here to Exhibit "A12" is a true and correct copy of sales promotion postcard sent via SID corporation to 15,000 chemists across the United States

111. Attached here to Exhibit "A13" is a true and correct copy of 2000 Nalge catalog page 1, featuring many products they manufacture and market.

112. Attached here to Exhibit "A13" is a true and correct copy of 2000 Nalge catalog page 4, featuring many products they manufacture and market.

113. Attached here to Exhibit "A13" is a true and correct copy of 2000 Nalge catalog page 5, featuring many products they manufacture and market.

114. Attached here to Exhibit "A14" is a true and correct copy of Nalge finances as  printed from Yahoo finance on Apogent Technologies Inc. (NYSE Symbol: AOT) (http://moneycentral.msn.com/investor/research/profie.asp?symbol=US%3aAOT

/ / /

/ / /

/ / /

/ / /

/ / /

1       I declare under penalty of perjury under the laws of the

2   United States of American that the forgoing is true and correct.

3   Executed this twelfth day of August 2002, at Novato, California.

4

5                   //  Ron Najafi //

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 CALIFORNIA-PACIF.L AB & CONSULTING

**July 8, 1996**

**Lisa Lazzara**
**Nalge Nunc International**
**75 Panorama Creek Dr.**
**Rochester, New York 14602**

**Re: Confidentiality Agreement**

Dear Lisa:

I am sorry that it took so long to get back to you with the attached
confidentiality agreement.
We are planning to meet with you and others on July 22, 1996 (Monday
morning).
We hope to be able to give a slide presentation on the problem ECO funnel
addresses (30-45 minutes long + 30 minutes answer and question period).
If possible, we would like to meet with everyone that will be involved with
the ECO Funnel project, either individually or as a group.

I appreciate if you could fax back the signed and dated copy and send a hard
copy back by me by :

California-Pacific Lab & Consulting
2206 Cecilia Ave
San Francisco, CA 94116
Tel : 415-753-6053
Fax : 415-664-9222

Please feel free to call me any time,

Sincerely Yours,

Ron Najafi, Ph.D.
Cal-Pacific Lab & Consulting
SAN FRANCISCO, CA 94116
                              Tel : 415-753-6053
                              Fax : 415-664-9222
E-MAIL: CALPAC@SIRIUS.COM
HTTP://WWW.UMLINK.COM/CALPAC/
HTTP://WWW.UMLINK.COM/LASERB/

**EXHIBIT A**

 CALIFORNIA-PACIF.. AB & CONSULTING

July 8, 1996


**Nalge Nunc International**
**75 Panorama Creek Dr.**
**Rochester, New York  14602**


Re: Confidentiality Agreement

This letter concerns a proposed disclosure that we wish to make to **Nalge Nunc International**
and those who work for **Nalge Nunc International**, regarding manufacturing
and marketing of ECO Funnel.  The purpose of the disclosure is to enable
Nalge to fabricate, re-design, manufacture and market this product for
California-Pacific Lab & Consulting of 2206 Cecilia Ave. of the city of San
Francisco.

We consider the "ECO Funnel" and its utility to be proprietary and of
considerable commercial value.  Therefore, We are willing to disclose to
Nalge and its subsidiary, informations related to the working of ECO Funnel,
its design, what it accomplishes, the function of different components of ECO
funnel, and the scope of "problem" that ECO funnel addresses, provided,
Nalge accepts the information in confidence, make no use of the information
other than for purposes set forth herein, and take safeguards to maintain the
confidentiality of the "ECO Funnel".

This proposal shall include information disclosed to you in a writing marked
confidential, and/or orally disclosed to you provided that the oral disclosure
is reduced to writing in summary form within thirty (30) days of disclosure
and submitted to you with a confidential marking.


The term of this Agreement and the period during which information may
be disclosed hereunder shall be three (7) year from the date of acceptance of
this letter.  The period of confidentiality shall be during the term of this
Agreement and for a period of five (5) years subsequent to its expiration, after
which the burden of confidentiality shall terminate.

2206 CECILIA AVE
SAN FRANCISCO, CA 94115
TEL: 1-800-507-9069    Tel : 415-753-6053
FAX: 1-415-664-9222    Fax : 415-664-9222
E-MAIL: CALPAC@SIRIUS.COM
HTTP://WWW.LIP-LINK.COM/CAL-PAC/
HTTP://WWW.LIP-LINK.COM/LASERS/

 EXHIBIT B ----

**CP** CALIFORNIA-PACIF... AB & CONSULTING

No rights to ECO Funnel are granted you, express or implied.

If the above is acceptable, please acknowledge acceptance by signing the enclosed copy of this letter and fax it back to us, and return a signed copy to me by mail at your earliest convenience.

Sincerely,

Ron Najafi, Ph.D.

Accepted by:

_____                    _____

**on behalf of Nalge Nunc International**        **print your name**        **(Date)**

2200 CECILIA AVE
SAN FRANCISCO, CA 94116
E-MAIL: CALPACPSUN.US.COM        Tel : 415-753-6053
                                 Fax : 415-664-9222
HTTP://WWW.UP-LINK.COM/CAL-PAC/
HTTP://WWW.UP-LINK.COM/LASERS/

EXHIBIT C

July 18, 1996                                    Page #3.

Addendum to Confidentiality Agreement of
California Pacific Lab and Consulting

NOW, THEREFORE, the parties hereto agree as follows:



Nalge Nunc
International

Nalge Nunc International
P.O. Box 20365
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Tel 716-586-8800
Fax 716-586-8431

A Subsidiary of
Sybron
International

1.          All information provided by California Pacific Lab
and Consulting (hereinafter referred to as Cal Pacific) to Nalge Nunc
International (hereinafter referred to as NNI) or any of its affiliated
corporations or any of its employees, officers, directors or agents
(collectively the "Nalge Parties"), whether written or oral, shall be
deemed to be "Confidential Information" within the meaning of this
Agreement. Notwithstanding, the foregoing, however, Confidential
Information shall not include information (i) which is already in, or
subsequently comes into, public domain other than through a violation
of this Agreement; (ii) which is received by NNI on a non-confidential
basis from a source other than Cal Pacific, which source is not
prohibited from disclosing such information by any legal, contractual
or fiduciary obligation to Cal Pacific; (iii) which is already known by
NNI at the time of receipt from Cal Pacific; (iv) which is developed by
an employee, agent or consultant of NNI who did not have access to
the confidential Information; or (v) which is disclosed  by oral means
but is not described in a writing which is sent by Cal Pacific to NNI
within thirty (3)) days of the disclosure.

2.          NNI, on behalf of itself and all other Nalge
Parties, agrees that any confidential Information obtained by NNI shall
be used solely for the purpose of allowing NNI to evaluate the
proposed venture, and shall not be disclosed, discussed or distributed
by any NNI party to a third party.

3.          When requested by Cal Pacific, NNI Party shall
promptly destroy (or at Cal Pacific's request, return) all copies of
Confidential Information received by any NNI Party in written or other
physical form and will promptly destroy all summaries or evaluations
of such information prepared by it.

NNI acknowledges and agrees that any breach or
threatened breach of the terms of this Agreement regarding the
treatment of Confidential Information may result in irreparable damage
to Cal Pacific and its affiliated corporations for which there will be no
adequate remedy at law.  Therefore, NNI agrees that in the event of

EXHIBIT  

any breach of this Agreement by any NNI Party, Cal Pacific will be entitled, in addition to any other rights and remedies available to it, to injunctive relief requiring the immediate return of all Confidential Information in the possession of any NNI Party or any such third party, and enjoining all NNI Parties and any parties to which it has made Confidential Information available from using Confidential Information in violation of tihs Agreement, without showing or proving any actual damages have been sustained.

5.      This Agreement shall survive the termmination of any business relationship between the parties hereto.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

Nalge Nunc International
P.O. Box 20365
75 Panorama Creek Dt.
Rochester, NY 14602-0365
Tel 716-586-8800
Fax 716-586-8431

California Pacific Lab and Consulting
Company Name

By: _Alex Najol_

Title  V.P. NIKTNG        Date  7/22/96

Nalge Nunc International

By: _____

Director of Product Development  7/18/96
Title              Date

A Subsidiary of
Sybron
International

EXHIBIT  

| REPRESENTATIVES | | |
|---|---|---|
| Eco Funnels are distributed by: | | |
| **Aldrich Chemical Co.**<br>www.sigma-aldrich.com | 2000-01 Catalog, p.T366-67 | **1-800-558-9160** |
| **Chemglass Inc.**<br>www.chemglass.com | Jan 2000 Catalog, p.185 | **1-800-843-1794** |
| **Daigger**<br>www.daigger.com | | **1-800-621-7193** |
| **Lab Safety Supply**<br>www.labsafety.com | Aug 99 Catalog, p.722 | **1-800-356-0783** |
| **Nalge Nunc International**<br>Also ask for Safety Waste Funnels<br>through VWR, Baxter, Fisher<br>see http://nalgenelab.nalgenunc.com/products/waste.html | 1998-99 Catalog, p.160 | **1-800-625-4327** |
| **SciQuest.com**<br>www.sciquest.com | Order OnLine Only | **1-800-233-1121** |
| **VWR Scientific Products**<br>www.vwrsp.com | | **1-800-932-5000** |

*Step in the right direction with Eco Funnel*

 

If you cannot find your desired Eco Funnel through our distributors, please contact us.
Eco Funnels are manufactured by California Pacific Lab., Inc.

37 Commercial Blvd., Suite 100
Novato, California 94949 - USA
www.calpaclab.com
Toll free: 1-888-3-CALPAC, 1-888-322-5722   or   (415) 883-2600   Fax: (415) 883-2656
info@calpaclab.com

All prices are subject to change without notice

EXHIBIT F




# ECO FUNNEL

**EXHIBIT _G_**

In the United States Eco. Funnel and container are.
Distributed by:

## Significant Payback

Assuming an average emission of 22 lb per year per 4.0 liter carboy, the five year estimate will be 5 X 22 lb. = 110 lb. The cost of the Eco. Funnel per lb. of emission minimization will be $ 95.00 / 110.00 lb. = $ 0.86 / lb of toxic air-contaminuints over a five years period. This is a bargain when compared with the expensive roof top emission control systems.

**Also a significant payback will be:**

1) To prevent exposure of the laboratory personnel to the potentially toxic and carcinogenic chemicals.
2) Convenient and easy to use. Needless atmospheric contamination will be avoided.
3) The quality and safety of the workplace is significantly improved with increased laboratory productivity.

Patent Pending



## The Solution

### ECO. FUNNEL AND ECO WASTE CONTAINER SYSTEM

We have designed and patented a new funnel which has a lid connected to a thin cut stem which double seals the system. Also the stem is snugly seated on the can in order to prevent the emission from the side of the stem, thereby preventing the release of VOCs into the atmosphere through open funnel systems.

### ECO. FUNNEL AND CONTAINER EMISSION TEST COMPARISON

Under the same conditions as were described above for the standard funnel, evaporation of the solvent mixture from the container using the Eco. Funnel and Container was tested with no detectable loss through evaporation. Zero emission compared to 33 lbs/year, quite an improvement! These results are tabulated below.

| Container | 8 Hours (lb) | Projected in 1 yr (lb) |
|---|---|---|
| Eco. Container | 0.00 lb. Emission | 0.00 lb. Emission |



Waste Solvent

## Problem

Typically a single funnel is used in pouring waste solvent (e.g. Acetone, Ether and others) into a waste bottle or carboy. A laboratory personnel must place the funnel on top of the waste bottle during the rinsing and dumping of small amounts of solvent. In most cases the laboratory personnel leaves the funnel on top of the bottle permanently during the day, hence resulting in significant emission due to evaporation of volatile compounds from the funnel bottle or a carboy into the laboratory environment or the fume hood.

The system currently used in most laboratories has serious disadvantages:

1) The solvent in the carboy is exposed and open to the atmosphere via the funnel. Thus the volatile solvent evaporates into and contaminates the atmosphere of the hood and eventually the air outside of the lab.

2) Since it takes days or weeks to fill the carboy with solvent, a considerable amount of solvent evaporates into the atmosphere during usage time.

3) A worker may forget to cap off the bottle frequently during the day, or even at the end of the day, resulting in significant TAC emission.

## Resulting Emission

At first look, it may seem that the contamination of the atmosphere from such sources may not be large enough to be important or significant. However, exact measurements have proven to the contrary. For example, an 8 liter carboy filled with 4 liters of dichloromethane will emit 500 mL (1.5 lb) of this solvent into the atmosphere within 5 days.

This emission will vary depending on the type of solvents (VOCs) which are used. The fume hood face velocity can also affect the evaporation rate. However, for a typical fume hood at 700 CFM (cubic foot per minutes) and a typical waste bottle containing a mixture of 1060 mL tetrahydrofuran (bp. 67°C), 1060 mL acetone (bp. 56°C), 1060 mL dichloromethane (bp. 40°C) the emission ra...

| Container | | Projected in 1 yr (lb) |
|---|---|---|
| 4 liter bottle + regular funnel | | 33 lb. Emission |

EXHIBIT H

---

## Air Pollution Emission of Toxic Air Contaminants (TACs) With Existing Funnel and Container Waste System

The primary function of emission of TACs...

### GOALS AND REGULATIONS

The primary goals of laboratories will cover any chemical laboratory, including research facilities, Biotech, R&D, and small or large manufacturing facilities using volatile chemical substances. Regulated practices dealing with volatile organic substances:

1 Rule 1 Responsible Laboratory Management Practices. For the purpose of meeting the laboratory exemption of Section 2.1-103.1.12, Responsible laboratory management practices include all of the following measures to minimizing the emission of toxic air contaminants:

2.4.1 Open container procedures involving hazardous materials that contain volatile toxic air contaminants (TACs) shall be minimized where feasible.

2.4.2 Open container storage of volatile hazardous chemical waste shall be avoided.

2.4.3 Training for laboratory employees handling hazardous materials shall include information about minimizing the emissions of volatile TACs. These employees shall be directed to avoid open containers, procedures involving volatile TACs where feasible, and to avoid open container storage of hazardous chemical waste.

2.4.6 Reasonable and necessary hazardous chemical waste containing TACs as a means of disposal shall be expressly prohibited.

Source: Bay Area Air Quality Management District
March 3, 1995

### Are Eco. Funnel & Eco. Containers chemically resistant?

All parts of the Eco. Containers are made from durable and chemically resistant High Density Polyethylene (HDPE) or High Density Polypropylene (HDPP). This material withstands common laboratory solvents, acids and bases.

### Simple and Easy to use

This system works exactly like a standard funnel, and the lid easily closes to contain the emission, and the stem is sealed so there will be no evaporation from the side of the stems. The complete system includes the Eco. Funnel and the appropriately sized container. Although the funnel is available by itself, and fits most laboratory bottles or carboys.

# FUNNELS


**CHEMGLASS**

### CG-1759  ECO-FUNNEL™, POLYETHYLENE †

The ECO-FUNNEL™ is a new product designed to prevent volatile toxic air contaminants from evaporating into the laboratory work environment and eventually through the fume hood system of a laboratory, into the open atmosphere.

#### PROBLEM:

Typically a simple funnel is used in pouring wast solvent (Dichloromethane, Acetone, Ether , etc.) into a waste bottle or carboy. In most cases the funnel is left on the waste bottle permanently during the day, resulting in significant emission due to the evaporation of volatile compounds from the bottle or carboy into the laboratory environment or fume hood. At first look, it may seem that the contamination of the atmosphere from such sources may not be large enough to be important or significant. However, exact measurements have proven to the contrary. For example, an 8 liter carboy filled with 8 liters of dichloromethane will emit 500ml (1.5 lbs) of this solvent into the atmosphere within 5 days. This emission will vary depending on the type of solvents (VOC's) which are used. The fume hood face velocity can also affect the evaporation rate. However, for a typical fume hood at 700 CFM and a  4 Liter bottle with standard funnel waste bottle containing a mixture of : 1000ml of tetrahydrofuran (bp. 67ºC), 1000ml of acetone (bp. 56ºC) and 1500ml of dichloromethane (bp. 40ºC) the emission rates were:

#### 0.09  lbs. per 8 hours with a projected 33 lbs. in 1 year.

The proposed Clean Air Act regulations (40CFR264.173) will cover university laboratories, research institutes, biotech firms, small or large pharmaceutical research sites or any other company using volatile substances.

The regulations read:
Regulation 2: Rule 1 -" For the purpose of meeting the laboratory exception of Section 2-1-113.2.12, Responsible laboratory management practices include all of the following measures for minimizing the emission of toxic air contaminants":

224.1   "Open container procedures involving materials that contain volatile toxic air contaminants (TACs) shall be avoided where feasible."

224.2   " Open container storage of volatile hazardous chemical waste shall be avoided."

224.3   "Training for laboratory employees handling hazardous materials shall include information about minimizing the emissions of volatile TACs. These employees shall be directed to avoid open container procedures involving volatile TACs where feasible, and to avoid open container storage of hazardous chemical waste."

224.6   Evaporation of any hazardous chemical waste containing TACs as a means of disposal shall be expressly forbidden.

#### SOLUTION:

Exposure to these atmospheric contaminants and their release into the ecosystem represents an unfortunate reality with the use of standard funnels. We are pleased to offer a solution to this problem which allows laboratory personnel to use a funnel for their transfers, with the difference being that the funnel easily closes, thereby preventing the release of VOCs into the laboratory or through the fume hood into the atmosphere. It is a simple concept, but one which will be easy to implement and make the laboratory a safer place to work.

### † PATENT PENDING



*14*

TAC's being emitted

**PROBLEM**

Waste
Solvent

**SOLUTION**

Waste
Solvent

ste
vent

*EXHIBIT*  ____  *I* ____

*NOT SUBJECT TO DISCOUNTS


# FUNNELS

The ECO-FUNNEL™ has been designed with a lid connected to a shut bail providing a dual leak-proof seal. The lower stem is also sealed to the screw cap in order to prevent leakage between the interface of the cap and stem. Under the same conditions as were described above for the standard funnel, evaporation of the solvent mixture from the container using the ECO-FUNNEL™ was ZERO compared to 33 lbs. per year.

The ECO-FUNNEL™ is available in four sizes, to fit from 38-430 to 100mm threaded waste containers. Waste bottles are *NOT SUPPLIED* with the ECO-FUNNEL™ but can be ordered separately.







## ECO-FUNNEL™ ORDERING INFORMATION:

| Part Number | Fits Bottle Capacity / Shape | Thread Size | Price |
|---|---|---|---|
| CG-1759-01 | 4-Liter Round | 38-430 | 79.00* |
| CG-1759-02 | 8-Liter Round | 53B | 85.00* |
| CG-1759-03 | 9-Liter Rectangular Carboy | 100mm | 85.00* |
| CG-1759-04 | 20-Liter Rectangular Carboy | 70mm | 90.00* |

Note: Large Quantity Discounts are Available. Please call for details.

## WASTE CONTAINER ORDERING INFORMATION:

| Part Number | Bottle Capacity / Shape | Thread Size | Price |
|---|---|---|---|
| CG-1759-10 | 4-Liter Round | # 38-430 | 19.00* |
| CG-1759-11 | 8-Liter Round | # 53B | 30.50* |
| CG-1759-12 | 9-Liter Rectangular Carboy | 100mm | 3 |
| CG-1759-13 | 20-Liter Rectangular Carboy | 70mm | 8 |

† PATENT PENDING

EXHIBIT ----

# TECHNICAL INFORMATION

## GLASS PROPERTIES

Unless otherwise stated, all Chemglass Brand Glassware meets ASTM Specification E438, Type 1, Class A, and is made from Schott Duran® glass or equivalent. Specifications for Duran® glass is as follows:

Maximum Short Time Use Temperature.......................500 ºC

Annealing Point ...........................................................560 ºC

Softening Point ...........................................................815 ºC

Working Temperature................................................1270 ºC

Linear Coefficient of Expansion....................32.5 x 10-7 /ºC
(according to DIN 52328)

Refractive Index..........................................................1.473

## TRADEMARKS

### Chemglass Trademarks:

Chemglass, Airfree, Minum-Ware, Chem-Cap, Chem-Stir

### Other Trademarks in this Catalog:

| | |
|---|---|
| Cajon®..................Crawford Fittings Inc. | Latch-Lid®..........................General Glassblowing |
| Celcon®................... Hoechst Celanese | Micro-Mate®. .........................Popper & Sons Inc. |
| ClearSeal®............... Wheaton Scientific | Pipette Pump™.......................Bel-Art Products |
| Delrin-AF®........................... E.I. DuPont | Pyrex®.................................Corning Glassworks |
| DryKeeper™.................Bel-Art Products | Rodaviss™.....................................S.A.V. France |
| Duran®......................Schott Glassworks | Safe-Lab®................................Bel-Art Products |
| Eco-Funnel™..........California-Pacific Lab | Spin-Bar®................................Bel-Art Products |
| Flask-Up™.................Bel-Art Products | Stronghold®.........................Harvard Apparatus |
| Holdfast™.....................Bel-Art Products | Suba-Seal™.........................William Freeman Ltd. |
| Hypervac™..............HyVac Products Inc. | SVL®..........................Bibby Science Products |
| Kalrez®................................E.I. DuPont | Swagelock®......................Crawford FittingsInc. |
| Kimax®........................Kimble Glass Co. | Teflon®.............................................E.I. DuPont |
| Kovar®.................... Westinghouse Inc. | Ultra-Torr®..........................Crawford Fittings Inc. |
| Krytox®................................E.I. DuPont | Viton®................................................E.I. DuPont |
| LabJack®..............................Boekel Inc. | |

In addition to the Chemglass manufactured products listed in this catalog, we are pleased to offer quality products from the following manufacturers:

| | | |
|---|---|---|
| Arrow Engineering | Harvard Apparatus | Pope Scientific |
| Bel-Art Products | Heraeus Amersil | Popper & Sons Inc. |
| Boekel Inc. | HyVac Products Inc. | S.A.V. France |
| California-Pacific Labs | ICL Inc. | Schott Glassworks |
| Crawford Fittings Inc. | J-Kem Scientific | UpChurch Scientific |
| E.I. DuPont | Kimble Glass Co. | Wheaton Scientific |
| Fluid Metering Inc. | Kloehn Inc. | William Freeman Ltd |
| General Glassblowing | KNF Neuberger Inc. | |
| Glas-Col Inc. | Kurt J. Lesker Inc. | |

EXHIBIT K

# FAX TRANSMITTAL

**Nalge Nunc**
**International**

**DATE:** July 16, 1996

**TO:** Ron Najafi- California-Pacific Lab & Consulting

**FAX NO.:** 415-644-9222
**PHONE No.**

**FROM:** Lisa M. Lazzara

**FAX NO.:** 716-586-3294
**PHONE NO.:** 716-264-3896

**No. Of Pages** ___2___
(Including Cover Page)

cc: M. Reichgott, P. Skapriwsky

Enclosed you will find an agenda for our July 22, 1996 meeting. I plan to start the meeting at 9 am. Please feel free to add other items to the agenda.

I've been notified that the confidentiality agreement is with our lawyers. We are checking on it today.

**Nalge Nunc International**

NALGENE® Brand Products

A SUBSIDIARY OF
**SYBRON**
INTERNATIONAL

EXHIBIT  L

Agenda for Meeting with Ron Najafi, California-Pacific Lab & Consulting, July 22, 1996

| NNI Introduction | Peter Skapriwsky, Marketing Manager<br>Lisa M. Lazzara, Product Manager<br>Michael Reichgott, Product Development Director |

C-P Presentation

overview of C-P (capabilities, mission) and Eco Funnel (customers, pricing, distribution, features and benefits, status of patent)

Review of Eco Funnel samples

Open Discussion

Manufacturing vs. licensing Eco Funnel
liability issues with NALGENE products (chemical resistance information)
other new product ideas

Nalge Nunc International
PO Box 20365
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Tel 716-586-8800
Fax 716-586-8431

Nalge Nunc
International

A Subsidiary of
Sybron
International

EXHIBIT M

## Interoffice Memo

**Nalge Nunc
International**

**To**    Ron Najafi
          Jim Sanford
          Paul Comeau

**From**  Lisa M. Lazzara

**Date**   September 30, 1996

**Subject**   Safety Solvent System
              (Project # 96-1286)

**cc:**   M. Reichgott, P. Skapriwsky, N. Tamburrini

A conference call was held 9/30 between Ron Najafi of California-Pacific, and Jim Sanford and Lisa Lazzara of NNI to discuss the Safety Solvent System project issues.

Items discussed included proposed funnel sizes, closures, and bottles, manufacturing options, prototypes request, potential January 1997 launch, and price structu    for 1,000, 2,500, and 5,000 funnels. Initial inventory would be 250 of each size.

1.    The Safety Solvent System sizes, closures and material offerings are as follows:
      2L  HDPE, 53B closure (cat # 2125-2000)
      4L  PP, 38-430 closure (cat # 2203-0010)
      10L FLPE, 83B closure (cat# 2097-0020)

2.    The recommended funnel sizes are as follows:

| Container | Funnel top I.D. | Stem top OD | Length of stem | Overall height |
|-----------|-----------------|-------------|----------------|----------------|
|           | 110             | 12          |                | 329            |
| 2L        | 120mm           | 12mm        | 229mm          | 305mm   76mm   |
| 4L        | 120mm 110       | 12mm        | 305mm          | 381mm   76mm   |
| 10L       | 197mm           | TBD         | 356mm          | 422mm   405    |

3.    Secondary containers will be part of the project. 6501- safety bottle carriers and 6900- pans.

4.    Ron Najafi mailed out a packet containing emission studies. We should receive it shortly. Ron will also send NNI a 38-430 funnel in the new design.

5.    L. Lazzara will send C-P samples of 2 L bottles (with 53B closure) and 10 L carboys (with 83B closure).

6.    Ron is in the process of making a 83B prototype for NNI.

## Nalge Nunc International
### NALGENE® Brand Products

EXHIBIT $\mathcal{N}$

A SUBSIDIARY OF
**SYBRON**
INTERNATIONAL

7.   Within the next few weeks (by the 3rd week in October), we should expect prototypes of all 3 funnels. All funnels from this point on will have a red cover.

8.   Paul, artwork is needed for the funnels. Information to include NALGENE brand name, Made in U.S.A. and the catalog number. Ron feels they will either silkscreen or hot stamp the information on the funnel below the cover latch.

9.   We all agreed by the end of October everything should be completed. We told Ron we would introduce the product as soon as we have stock which may be later than January.

10.  Jim and Lisa gave Ron the sales forecasts. Ron to get NNI pricing, based on the forecasts, by the October 4th.

11.  We discussed manufacturing issues. NNI wants C-P to manufacture the funnels for the time being. NNI will monitor sales and work towards molding the funnels in-house. California-Pacific does have a vacuum thermo-forming vendor.



E   EXHIBIT   $N$

March 4, 1997

Ron Najafi
California-Pacific Lab & Consulting



Nalge Nunc
International

RE:   Purchasing Agreement between California-Pacific (C-P) and Nalge Nunc
      International (NNI) Corporation

The following points are agreed upon:

Nalge Nunc International
P.O. Box 20365
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Tel 716-586-8800
Fax 716-586-8431

1.    C-P agrees to supply NNI with 3 ECO funnel designs made of HDPE.  Delivery
      being 60 to 90 days.

2.    NNI agrees to supply C-P with sales quantity forecasts for ECO funnels.

3.    C-P agrees that ECO funnel designs (3) are exclusive to NNI.  Guaranteed unit
      quantities being 3,500 first year, 4,200 second year and 5,000 third year per
      funnel design.  Annual adjustments to be negotiated.

4.    NNI has the exclusive distribution of ECO funnels through major distributors
      worldwide; list attached, excluding Aldrich Chemical Co., Lab Safety Supply,
      and ChemGlass Inc.

5.    NNI and C-P agree to provide 1 year notice of discontinuation of this agreement
      (supplying ECO funnels, etc.).

6.    C-P agrees to provide 60 day notice of any proposed price change to products
      purchased.

Ron Najafi
California-Pacific

A Subsidiary of
Sybron
International

Alex Najafi                    President CEO
California-Pacific

Peter Skapriwsky
Marketing Manager
NNI

Nick Tamburrini
Purchasing Manager
NNI

EXHIBIT ---- 0

September 22, 1997

Amendment to Purchasing Agreement between Nalge Nunc International (NNI) and California-Pacific Lab & Consulting (C-P), signed 3/4/97.

The following terms are now applicable to payments and shipments of NALGENE Safety Waste Funnels (product) for the initial 12 months:

1. NNI agrees to prepay C-P the first 3 shipments (first 3 months) of product, and
2. NNI agrees to pay C-P for product for the remaining months (months 4 to 12) thirty (30) days in advance of shipment.

Signed:

Ron Najafi
California-Pacific

Alex Najafi
California-Pacific

Karen Dally
Nalge Nunc International

Nick Tamburrini
Nalge Nunc International

Nalge Nunc International
P.O. Box 20365
75 Panorama Creek Drive
Rochester, NY 14602
Tel 716-586-8800
Fax 716-586-3294
www.nalgenunc.com

A Subsidiary of
Sybron
International



EXHIBIT P

AUG 12 2002 2:20AM   HP LASERJET 3200                                    p.18
Safety and Health Topics: Agricultural Operations - Compliance          Page 1 of 3
Case 5:02-cv-01418-JF   Document 51   Filed 08/14/02   Page 40 of 65



# U.S. Department of Labor
**Occupational Safety & Health Administration**

*www.osha.gov*     Search     **Advanced Search** |

**Safety and Health Topics:**    August 10, 2002



# Agricultural Operations (continued)

Safety
Topics

## Compliance

Agri
Ope
Re
Ev
Co
Co
Tr
Ot
Cr

- **OSHA Standards**
    - 1928.21, Applicability of Standards in 29 CFR Part 1910. The following standards in part 1910 shall apply to agricultural operations:
        - 1910.142, Temporary labor camps
        - 1910.111(a) and (b), Storage and handling of anhydrous ammonia
        - 1910.266, Logging Operations
        - App A, First-aid Kits (Mandatory).
        - App B, First-aid and CPR Training (Mandatory).
        - App C, Comparable ISO Standards (Non-mandatory)
    - 1910.145, Slow-moving vehicles 
        - 1910.145(f) App A, Recommended color coding
        - 1910.145(f)App B, References for further information
    - 1910.1200, Hazard Communication.
        - App A, Health Hazard Definitions (Mandatory)
        - App B, Hazard determination (Mandatory)
        - App C, Removed by Federal Register 3/7/96.
        - App D, Definition of "Trade Secret" (Mandatory)
        - App E, Guidelines for Employer Compliance (Advisory)
    - 1910.1201, Retention of DOT markings, placards, and labels.
    - 1910.1027, Cadmium.
        - App A, Substance Safety Data Sheet - Cadmium
        - App B, Substances Technical Guidelines for Cadmium
        - App C, Qualitative and Quantitative Fit Testing Procedures
        - App D, Occupational Health History Interview With Reference to Cadmium Exposure
        - App E, Cadmium in Workplace Atmospheres
        - App F, Nonmandatory Protocol for Biological Monitoring
- 1928.51, Roll-over protective structures (ROPS) for tractors used in agricultural operations.
    - 1928 Subpart C App A, Employee operating instruction
- 1928.57, Guarding of farm field equipment, farmstead equipment, and cotton gins.
- 1928.110, Field Sanitation.
- 1928.1027, Cadmium. See 1910.1027.
    - App A, Substance Safety Data Sheet - Cadmium
    - App B, Substances Technical Guidelines for Cadmium
    - App C, Qualitative and Quantitative Fit Testing Procedures
    - App D, Occupational Health History Interview With Reference to Cadn Exposure



E, **EXHIBIT** ---- __

OSHA   Occupational Safety & Health Administration   Home
       U.S. Department of Labor                       Index
                                                      Search

Technical Links > Hazard Communications

| -DISCLAIMER- | This is not DOL or OSHA controlled material and is provided here for reference only. We take no responsibility for the views, content or accuracy of this information. |
|---|---|

## REPORT OF THE HAZARD COMMUNICATION WORKGROUP TO THE NATIONAL ADVISORY COMMITTEE ON OCCUPATIONAL SAFETY AND HEALTH (NACOSH)

The National Advisory Committee on Occupational Safety and Health (NACOSH) prepared the following report on Hazard Communication to provide recommendations to the Occupational Safety and Health Administration (OSHA). This report is provided on OSHA's Web Site for informational purposes only. The ideas presented herein are not necessarily endorsed by OSHA and do not represent a policy statement or rulemaking effort by OSHA.



National Advisory Committee on
Occupational Safety and Health
(NACOSH)

Report to OSHA
on
Hazard Communication

September 12, 1996

Prepared by:
The NACOSH Haz Com Workgroup

The report is organized as follows:

| Part I | Executive Summary |
|---|---|
| Part II | Recommendations of the Workgroup |
| Part III | Background and Workgroup Membership |
| Part IV | Summary of Public Input |
| Part V | Discussion of Issues |
| Part VI | Conclusions |
| Appendix A | Workgroup Members |
| Appendix B | The Hazard Communication Standard |
| Appendix C | Brief History of Hazard Communication |
| Appendix D | Summary of Presentations and Comments from the Public |
| Appendix E | Summary of ANSI Z400.1 |

**This report was accepted by NACOSH on September 12, 1996, and transmitted to the Occupat**

  **EXHIBIT** 

2) OSHA should endorse the addition of a statement by the MSDS preparer which indicates whether the product is regulated under the Hazard Communication Standard (HCS) as a hazardous chemical. The statement should also indicate the hazard classification type as defined in the HCS and its appendices. This information should be on the first page of the MSDS allowing users to separate, if desired, the MSDSs falling under the HCS from other MSDSs.

3) OSHA should actively participate in future ANSI Z400.1 revisions as part of these endorsements. This would include providing the ANSI Z400.1 Committee the recommendations made by this workgroup.

4) OSHA, possibly in partnership with industry, labor and professional associations, should develop a guidance document to describe, in a step-by-step manner, how to conduct a hazard determination. This publication should help small businesses improve the accuracy of their MSDSs and help users determine their quality.

### Recommendations Related to Labeling



5) OSHA should not unilaterally mandate the use of symbols for MSDSs and labels until symbol validation studies are carried out. The United States should insist on validation studies before symbols become part of an internationally-harmonized system. Should symbols become part of a rule adopted by the US, OSHA should require employee training on the meaning of the symbols.

6) The use of color coding systems as the sole means to communicate hazards of a chemical should not be mandated for OSHA labels. Should color coding be a part of a rule adopted under international harmonization efforts, OSHA should not make the color coding a part of the US system until the validation studies are carried out and training is required. Color coding should not be used as the sole means to communicate hazard to the extent that a color blind person would be deprived of necessary information.

7) The workgroup supports the current hazard communication requirement for a label attached to the container and the availability of an MSDS in the work area.

8) OSHA should endorse ANSI Z129.1-1994 as a consistent approach for precautionary labeling.

### Recommendations Related to Electronic Management of MSDSs

9) OSHA should adopt the following policy regarding electronic access to MSDSs in lieu of paper copies kept at the worksite:

- Working electronic devices must be readily accessible in the workplace at all times.

- All workers must be trained in the use of these devices (including the specific software).

- The employer must have an adequate backup plan for rapid access to MSDSs in the event of an emergency, including an interruption in power.

10) OSHA should adopt a policy that specifies that the use of off-site MSDS management services meets the requirements of the HCS only if MSDSs are readily available to employees, either as hard copies in the workplace, or through electronic means as described above (recommendation # 9). OSHA should make it clear that the use of an off-site MSDS management service does not relieve the employer of the obligation to receive and utilize the information from the MSDSs being managed to develop and implement a site-specific hazard communication program under paragraph (e) of the HCS.

### Recommendations Related to Employee Training

11) OSHA should develop "model" training programs, based upon the best existing programs and the experience of educators, industry, labor, professional organizations and others, which cover all aspects of the training required by the HCS. Programs should include general elements directly usable by employees, guidelines to assist employers in developing site-specific training, and techniques which are sensitive to employees without basic language and mathematical skills. Programs should also include evaluation criteria to assess the overall effectiveness of the training provided. These criteria should be added to non-mandatory Appendix E of the HCS. The program evaluation should not be used to assess or evaluate individual employee performance.

12) OSHA should better communicate to industry, trade associations and compliance officers what portions of the training, as currently stated in Appendix E, Part C, are meant to stay with the employee when he goes from employer to another.

### Recommendations Related to Enforcement of the HCS



Exh  EXHIBIT ---- .

S

AUG 12 2002 2:24AM    HP LASERJET 3200                                     p.21

REPORT OF THE HAZARD COMMUNICATION WORKGROUP TO THE NATIO... Page 18 of 57
Case 1:02-cv-01418-JF   Document 51   Filed 08/14/02   Page 43 of 65

30 years. The HCS only requires MSDSs to be maintained in the workplace while the hazardous chemical is present. We believe the confusion in this area is between the requirements of the Access to Employee Exposure and Medical Records regulation and the HCS. Under the Access rule (29 CFR 1910.20), employers must maintain records of employee exposure for 30 years. This is to account for long latency periods between exposures and manifestation of diseases such as cancer. Since many employers do not measure employee exposures, the Access rule has identified certain records such as MSDSs that would be considered substitutes for exposure records because they document that the chemical was present in the workplace. In this case, the MSDSs may have to be maintained for 30 years under 29 CFR 1910.20. However, the employer has the option of generating a record of exposure, such as a list of the chemicals present and the employees exposed to them, in lieu of keeping the MSDSs. The workgroup does not have a recommendation for this issue.

### Issues Related to Labeling

While the President's Report did not specifically mention labels as an issue to be addressed by the workgroup, it was clear from the public input that there are concerns in this area as well. Thus the workgroup would like to address several of the issues raised, as well as to make some recommendations in certain areas.

Several commenters suggested that OSHA mandate the use of color coding or graphic hazard symbols on labels to improve hazard communication programs. They felt that this practice would facilitate training, make workers more easily aware of the hazards of the product with which they are working and provide a better handle on the management of MSDS by hazards. In addition, they feel colors and pictograms would alleviate language barriers and reading difficulties. No recommendations were made by the presenters as to specific hazard graphic symbols or color coding to be used. OSHA's current requirements are performance-oriented, and thus allow the use of symbols and color coding where appropriate but do not mandate their use.

A number of other domestic standards and international laws currently mandate the use of graphic hazard symbols on labels. In the transportation area, the US Department of Transportation (DOT), the International Civil Aviation Organization (ICAO) and the International Maritime Organization (IMO) require that the United Nations symbols for hazard labels and/or placards be placed on packages that contain hazardous materials as one method to communicate the material's hazards for transportation purposes. The European Union (EU) and the Canadian Workplace Hazardous Materials Information System (WHMIS) also require the use of pictograms on labels to represent the intrinsic hazards of the product. The symbols/pictograms used by these standards to represent a specific hazard, e.g., flammability, may be somewhat similar but not identical. U.S. workers are currently being exposed to IMO, ICAO, EU and WHMIS symbols/pictograms due to the large amount of imported materials being used. Whether or not these symbols/pictograms are included in the employer's training program is not known.

Only a few studies have been carried out to validate the ability of these graphic symbols to convey the hazard they are intended to represent. Results of a symbol study carried out by the National Bureau of Standards (NBS) for the National Institute for Occupational Safety and Health (NIOSH) in 1982 (Publication Report No. NBSIR 82-4285) reported the unanticipated finding of the relatively poor performance of several symbols widely in use, including some symbols required by DOT. This indicated that, under the parameters of this study, some of the hazards were not readily identifiable from the labels representing those hazards. A more recent study tested the validity of a set of graphic symbols representing hazards of relevance to the chemical and related industries (CMA Project #80-430-088, by Fairfield Consulting Associates, Inc. 1986). These hazards were: toxicity, corrosivity, oxidation, flammability, sensitization, explosivity, reactivity and irritation. Only four hazards were recognized by the symbols used and not all symbols in use for the same hazard were understood.

The results of both studies indicate the need to evaluate symbol/pictogram understanding before adoption. They also indicate that a clear training program on the meaning of the symbols/pictograms must be an integral part of their use to communicate product hazards if they are to be a useful tool in promoting worker's safety and health.

A small but significant segment of the population is color blind. The use of color coding alone to represent hazards will not be detected by these individuals and thus reliance on this type of hazard communication alone would not only be ineffective but also potentially harmful.

Some employers currently use an in-plant labeling system originally developed by the National Paint and Coatings Association (NPCA). Members of NPCA use many chemicals to formulate paint products, and often have various batches during a shift with different chemicals and hazards. They believed that a unique approach to addressing this type of workplace operation would best serve their members and protect their employees, and thus developed the Hazardous Materials Information System (HMIS®) to address their needs. This system uses pictograms, color coding, and a numerical rating system to indicate the relative degree of hazard.

The HMIS® was used by employers prior to adoption of the HCS in 1983. OSHA, in making a determination on whether this system could be used to comply with the HCS, noted the need for training to know what the symbols and the rating system means and therefore confined its use to in-plant labeling only. The recommendations made by the workgroup reinforce that decision and the necessity of training for the use of symbols/pictograms and a specific numbering system.

While the workgroup does not believe that OSHA should mandate the use of symbols, pictograms, or color coding at



EXHIBIT T ----

## Safety Funnel



**120**

- 10" (254mm) diameter
- Lid with fusible link
- Integral flame arrestor
- Brass spout threaded 2" and 1½" BSP





EXHIBIT *U*

③

pounds - essential for structural elucidation. Other improvements include new interfaces to link various systems and allow for control and data analysis from a single pc.



...the largest dynamic range of any LC/MS in the world. The new Surveyor LC/MS system features the Surveyor M... detector for HPLC and is the world's first desktop LC/MS system. At just... can wide, it takes less than 2/3 the bench space of any other LC/MS...

The new LCQ Deca XPplus is the most sensitive ion trap mass s... available for LC/MS. New improvements to source and ion optics increase full trap sensitivity by up to an order of magnitude, boosts ruggedness and reduces chemical noise, which counter current gas to aid in desolvation...

# DYNALAB CORP

## Hazardous Materials Safety Funnel

The NEW Dynalab self-closing hazardous materials funnel was designed to eliminate the condition of hazardous waste bottles not being capped at all times except when in use. Federal EPA regulation 40 CFR Sec. 264.173 (a) "Management of Containers" states, "A container holding hazardous waste must always be closed during storage, except when it is necessary to add or remove waste." In many research and testing laboratories it is very common to find a funnel placed in a waste bottle with no cap on it. The bottle with a funnel placed in it, most often in a fume hood, allows for the evaporation of volatile components with a subsequent release of hazardous materials to the environment. The EPA are heavily fining violators of this regulation. The proper use of the Dynalab self-closing hazardous materials funnel would eliminate this type of violation.

Dynalab's new self-closing hazardous materials funnel is appropriate for use in research labs, testing labs, teaching and clinical labs and wherever hazardous materials and waste chemicals are processed. Its polypropylene construction permits the use of acids, bases, chloroform and other common lab solvents, and most organics. (Polypropylene does not hold up well to very strong oxidizers, such as fuming nitric acid, but then such materials are rarely filtered or generated as waste in secondary containers. Available in standard 38 and 45mm thread sizes, additional sizes are available upon request.

| | -0000 | -0001 |
|---|---|---|
| **B20** | | |
| Neck Size | 38 mm | 45 mm |
| Shipping Weight | 0.9 lbs | 0.9 lbs |
| Price Each | 98.75 | 98.75 |

**Phone: 800.828.6595**
**Fax: 585.334.0241**
**Email: info@dynalabcorp.com**
Write in 1731 or Reply Online

# www.dynalabcorp.com





EXHIBIT V



→ **Catalog**

Log on to view your contract pricing
Contract Pricing Help

## Hazardous Materials Safety Funnel

Self closing hazardous materials funnels is designed for use in research labs, testing labs, teaching and clinical labs, and wherever hazardous material and waste chemicals are processed. Durable polypropylene construction permits use of acids, bases, chloroform and other common lab solvents, and most organics. Uses standard 10-cm filter paper making it convenient with a light vacuum. Available in standard 38 and 45mm neck sizes.



◀◀ More Funnels ▶▶                                        add to shopping cart 🛒

| Cat No. | Description | Units | Price | Discount Price | Qty. Order | *In Stock | *Add to Favorites |
|---------|-------------|-------|-------|----------------|------------|-----------|-------------------|
| EF9401A | 38mm Neck | 1/EACH | $96.98 | $88.89 | 0 | N | ☑ |
| EF9401B | 45mm Neck | 1/EACH | $96.98 | $88.89 | 0 | N | ☑ |

add to shopping cart 🛒

See also:
- Product category(ies):
    - Funnels
- Page 346 of our 2002/2003 Daigger Laboratory Equipment and Supplies catalog.

A. Daigger & Company
620 Lakeview Parkway
Vernon Hills, Illinois 60061
Phone: 1-800-621-7193
Fax: 1-800-320-7200
E-mail: daigger@daigger.com

Find It! | Catalog | Log on/Register | New! | About Us | Tour | Contact Us | Utilities | Home
All content in this site is Copyright © 1997-2002 A. Daigger & Company
Last Updated July 2002

EXHIBIT W



# DRUM FUNNEL WITH FLIP CAP



A high-density polyethylene funnel with spring-loaded cap and 2" threaded neck fits the standard bung of steel drums. The spring holds the cap in an open or closed position. In the closed position the cap prevents leakage of low level radiation, protecting both personnel and the environment. Top diameter 124mm (4 7/8"), overall height 178mm (7"). A strap handle makes opening easy. Overall dimensions are 152mm(6") O.D. x 197mm (7 3/4 ") high.



| Item | Price |
|------|-------|
| H147140000 | $59.40 |



EXHIBIT X

*NEW!*

# NALGENE® Safety Waste Systems

## Reduce Hazardous Emissions in your Laboratory

NALGENE Safety Waste Systems are closed systems designed to make hazardous waste disposal easier, more convenient and best of all...SAFER!

Waste systems are available in three sizes: a 2-L system, a 4-L system and a 10-L system to meet your waste disposal requirements.

Each system consists of a Safety Waste Funnel equipped with a standard NALGENE closure and a waste container (bottle or carboy). Simply screw the funnel onto the waste container and use for the disposal of most chemical and biological waste.

- Red hinged cover seals the funnel, preventing volatiles from evaporating into the atmosphere.

- Built-in vent permits venting during disposal, making it faster and easier.

- Containers are made of durable, chemical- and break-resistant plastic. Safer than glass.

- Long funnel stem extends below liquid level to reduce the rate of evaporation.

NOTE: Not to be used for flammable or combustible liquids.



EXHIBIT

EXHIBIT  Y

# NALGENE®
# SAFETY WASTE SYSTEMS

## NEW! Easy-Snap Safety Latch

**Redesigned for Safety**



- Easy-Snap Safety Latch minimizes spillage if accidentally tipped over

- Larger-diameter funnels for easy pouring

- Easy-to-use lid reduces volatile emissions

- Redesigned vent system with filter reduces fumes and splashing

- Versatile and durable closures

- Neck screen traps large particles

- Now available in 4-L System with 5-1/2-in. funnel diameter and 10-L System with 10-in. funnel diameter: or purchase funnels separately

- Plastic containers are durable, chemical-resistant, break-resistant –SAFER than glass!



10-in. Diameter



5.5-in. Diameter



5.5-in. Diameter

EXHIBIT Z

**5**





SC-3004

EC-2004

EF-3004

4 L bottle with 8" Eco Funnel in a 4 L secondary container

8 L bottle with 8" Eco Funnel

9 L carboy with 8" Eco Funnel

- Eco Funnels are made out of chemically resistant HDPE. 8 inch top diameter
- Available with a 38-430, 53B or 100 mm screw cap.
- Eco Funnel can also be customized to your desired screw cap size and container (please call).
- Eco Funnels are also available with a HDPE hook up fitting. Can be connected to your HPLC waste line easily (see corresponding HPLC part # below).
- Eco Funnels are designed for their corresponding Nalge containers.
- Use of Secondary Containers are mandatory by law.

| EF-3004B | 38-430 | EcoFunnel, fits on EC-2004 | $ 59 |
| EF-3004-HPLC | 38-430 | Eco Funnel with HPLC fitting, Fits on EC-2004 | $ 89 |
| EF-3008 | 53B | Eco Funnel, fits on EC-2008 | $ 69 |
| EF-3008-HPLC | 53B | Eco Funnel with HPLC fitting. Fits on EC-2008 | $ 89 |
| EF-3009 | 100 mm | Eco Funnel, fits on EC-2009 | $ 79 |
| EF-3009-HPLC | 100 mm | Eco Funnel with HPLC fitting. Fits on EC-2009 | $ 99 |

- EC2004 and EC-2008. Large narrow-mouth bottle. Low-density polyethylene (LDPE). Has built-in shoulder loop for attaching an identification tag. Leakproof.
- EC2009 Rectangular carboy. High Density Polyethylene. Molded-in graduations in liters and gallons.
- Convenient stainless steel bail handle attached. Leakproof.

| EC-2004 | 38-430 | Eco Container, 4 L bottle | $ 19 |
| EC-2008 | 53B | Eco Container, 8 L bottle | $ 29 |
| EC-2009 | 100 mm | Eco Container, 9 L rectangular carboy | $ 38 |
| SC-3004 | n/a | Secondary container for 4 L bottle | $ 20 |





HPLC Eco Funnel

SC-3004

EF-30010

EC-20020

10 L carboy with 8" Eco Funnel

20 L carboy with 8" Eco Funnel

EXHIBIT A1

- Eco Funnels are made out of chemically resistant HDPE. 8
- Available with a 83B, 70 mm, 2 inch drum bung NPT and 2
- Eco Funnel can also be customized to your desired screw c
- Eco Funnels are also available with an HPLC hook up fitting waste line easily (see corresponding HPLC part # below).
- Eco Funnels are designed for their corresponding Nalge co
- Use of Secondary Containers are mandatory by law.

| EF-30010 | 83B | Eco Funnel, fits on EC-20010 |
| EF-30010-HPLC | 83B | Eco Funnel with HPLC fitting. |
| EF-30020 | 70 mm | Eco Funnel, fits on EC-20020 |
| EF-30020-HPLC | 70 mm | Eco Funnel with HPLC fitting, |
| EF-4716-1P | Drum Bung | Eco Funnel, fits on EC-20060P |
| EF-4716-HPLC | Drum Bung | Eco Funnel with HPLC fitting |
| EF-4717-1C | Drum Bung | Eco Funnel, fits on EC-20060 |
| EF-4717-HPLC | Drum Bung | Eco Funnel with HPLC fitting |

- EC-20010 Carboy with handles. Low density polyethylene, contain in 1-Gal and 5-L increments. Wide shoulder handles
- EC-20020 Rectangular carboy with handles. High density p Leakproof.
- EC-2060P 15 Gal polyethylene drum DOT approved. Suita
- SC-3010 HDPE secondary container suitable to fit EC-200

| EC-20010 | 83B | Eco container, 10 L carboy |
| EC-20020 | 70 mm | Eco Container, 5 Gal (20 L) ca |
| EC-2060P | Drum Bung | Eco Container, 15 Gal (60 L) ca |
| SC-3010 | n/a | Secondary container for 10 L c |

Order online at www.calpaclab.com or Call 1-888-322-5722

*Now there is a better way to collect your HPLC waste.*

Are you concerned about your HPLC waste line simply sitting or dangling in a bottle?

Are you concerned about evaporation of your solvents?

Are you under pressure from your Safety Officers to do something about it?

*If the answer to any of these questions is YES,*
*then co unnel-HPLC is your answer.*

No more hanging or dangling waste line in the bottle
No more tin-foil or paraffin to stop the evaporation
No more surprise over-filling of the waste.



HPLC Eco Funnel

| | | | |
|---|---|---|---|
| EF-4-38-HPLC | 38-430 | Eco Funnel with HPLC fitting. Fits on EC-2004 | $ 89 |
| EF-4-53-HPLC | 53B | Eco Funnel with HPLC fitting. Fits on EC-2002 | $ 89 |
| EF-3004-HPLC | 38-430 | Eco Funnel with HPLC fitting. Fits on EC-2004 | $ 89 |
| EF-3008-HPLC | 53B | Eco Funnel with HPLC fitting. Fits on EC-2008 | $ 89 |
| EF-3009-HPLC | 100 mm | Eco Funnel with HPLC fitting. Fits on EC-2009 | $ 99 |
| EF-30010-HPLC | 83B | Eco Funnel with HPLC fitting. Fits on EC-20010 | $ 109 |
| EF-30020-HPLC | 70 mm | Eco Funnel with HPLC fitting. Fits on EC-20020 | $ 99 |
| EF-4716-HPLC | Drum Bung | Eco Funnel with HPLC fitting. Fits on EC-2006DP | $ 109 |
| EF-4717-HPLC | Drum Bung | Eco Funnel with HPLC fitting. Fits on EC-2006DP | $ 109 |

We listen to our customers! We custom built this funnel for chemists at EPA Laboratories. Because of CUBITAINERs' ease of use and popularity among chemists, we decided to make this Eco Funnel and its corresponding container a stock item. Cubitainers have a reputation for strength, storage, leakproofness, yet they are lightweight. They are used by the worldwide chemicals industry, especially where environmental responsibility is an issue. We now have this Eco Funnel and its corresponding CUBITAINER in stock. Collapsed CUBITAINERs take very little room. Eco Funnel is re-usable and CUBITAINER IS "ONE USE ONLY".

| | | |
|---|---|---|
| EF-4-CUBI | Eco Funnel suitable for a Cubitainer | $ 69 |
| EC-G-CUBI | 1 Gallon capacity CUBITAINER | $ 2.95 |
| EC-G-CTN | Carton for 1 Gal CUBITAINER | $ 1.45 |
| EC-G-CUCT | Assembled Cubitainer in Box | $ 4.20 |

| | | |
|---|---|---|
| | | n/a |
| | | $ 1.95 ea |
| | | $ 1.20 ea |
| | | $ 3.15 ea |

Disposable cubitainer
Re-usable Eco Funnel

Collapsed carton and Cubitainer

Assembled 1-Gal Cubitainer

EXHIBIT A2 ----



**INTRODUCING OUR LATEST PRODUCT**

# CO-FUNNEL HPLC

## NOW THERE IS A BETTER WAY
## TO COLLECT YOUR HPLC WASTE.

### Dear Scientists:

- Are you concerned about your HPLC waste line simply sitting in a bottle?

- Are you concerned about evaporation of your solvents?

- Are you under pressure from your safety officers to do something about it?

**If the answer to any of these questions is YES, then
ECO-FUNNEL HPLC is your answer.**

- No more hanging waste line in the bottle.

- No more tin-foil or parafilm to stop the evaporation.

- No more surprise over-filling of the waste.

## TEP IN THE RIGHT DIRECTION
## WITH ECO-FUNNEL HPLC



| There are   models to choose from: | | Closure | Price | Catalog # |
|---|---|---|---|---|
| 4" ECO-FUNNEL HPLC | Suitable for common 4 L bottle | 38-430 | $85 | EF-4-38-HPLC |
| 4" ECO-FUNNEL HPLC | Suitable for 2 & 8 L bottle | 53 B | $85 | EF-4-53-HPLC |
| 8" ECO-FUNNEL HPLC | Suitable for a common 4 L bottle | 38-430 | $89 | EF-3004-HPLC |

For more information on the              product line, please visit our web site:
                                    or contact us at:



EXHIBIT ----  A3

# ARE YOUR OPEN WASTE CONTAINERS MAKING YOU FUME?

## USE CAL PAC SAFETY WASTE SYSTEM AND THE IMMEDIATE REWARD WILL BE:

* Complying with all of the laboratory safety regulations.
* Preventing the evaporation of solvent from your open waste containers.
* Efficiently managing your volatile toxic liquid waste with a Cubitainer™, which is a collapsible, one-time use container. Cubitainer reduces handling of potential hazard in the Lab environment and also saves space in your warehouse.
* Keeping the air in your work environment clean.
* Cal Pac secondary container holds the entire system in a snug position.



Space-saving collapsible Cubitainer

Ecological Funnel fits on top of a 1 Gal Cubitainer





Ecological Funnel™ screws on top of a Cubitainer. Secondary container offers additional safety and support for the Cubitainer. Specially designed red lid keeps Eco Funnel in a straight position.

Visit us on the web at: **www.calpaclab.com**       Or call toll free: **1-888-322-5722**

EXHIBIT A4



# ECO FUNNEL™?

ECO-FUNNEL™ is more than a funnel with a cover. It is specially designed to prevent emission of solvent fumes from open top and uncapped bottles.

This patented HDPE design will perform as a sealed cap and funnel put together, providing for ease of use for the scientist to dump any generated waste or chemical into waste bottles, while preventing any emissions easily and conveniently. The ECO-FUNNEL™ is a simple yet highly effective solution to pollution in the Laboratory environment.

## ECO FUNNEL WAS BORN OUT OF A NEED

For many years we as chemists have been allowing our waste bottles to sit around in the laboratories either in the fume hood or on the bench. This practice is typically conducted when a small amount of waste is generated and then a funnel is place on top of a typical 4 Liter waste bottle (usually an old solvent bottle) and then allowed the funnel to rest on the bottle for many hours. In some cases the funnel is left for many days.

In the fume hood a typical waste could be evaporating at the rate of 30-60 mL per day. This same solvent bottle sitting on the bench has a far lower rate of evaporation, however the level of exposure of laboratory workers are much higher.

We sought a solution to this problem, partly out of concern for the health and safety of the laboratory workers and partly because of the regulatory pressures and the fines imposed. This fine could be as high as $ 5000 per open bottle.

| 4 liter bottle containing 3000 ml of Acetone in fume hood with : | Emission Per 24 hrs |
|---|---|
| ECO-FUNNEL™ | 0.0 mL |
| Regular Funnel | 127 mL |

## WHO CAN USE ECO FUNNEL

Pharmaceutical / Biotech Companies (Med. Chem. / Process Dept, etc.)

University Research Laboratories (Graduate Students)

ECO Funnel is currently being used by scientists from all different background. Essentially anyone who routinely handles volatile liquids (Organic, Halogenated, Aqueous solutions) could be adding ECO Funnel to their laboratory.

University Teaching Laboratories (undergraduate Level)

ECO Funnel has found a prominent place in number of teaching laboratories, in order to manage the organic waste generated during a laboratory class.

Volatile Radioactive Waste (National Labs, University Research Labs, etc.)

ECO Funnel is also being used by a number of research centers handling beta emitting radio nuclei, since the funnel cap is thick enough to prevent the beta emission.

ECO Funnel is available in 4" and 8" top diameter for variety of bottles & carboys.

ECO Funnel can also be customized to your desired screw cap size and container.

More detailed pictures and p[...]

## WE'RE ON THE WEB!
## www.calpaclab.com

Location : http://www.calpaclab.com

EXHIBIT    A5
----

# ECO FUNNEL

## PREVENTING AIR POLLUTION USING ECO FUNNEL

New local, state, and federal regulations make the reduction of laboratory fume hood exhaust emission a major priority for everyone connected to laboratory science. Major sources of these emissions originate from the volatile organic compounds which are temporarily stored in satellite waste containers in the fume hood or on the bench. Unfortunately while current regulations require that these containers be capped and closed when not in use, they are usually fitted with the standard (regular) funnel during working hours.

Although regular funnels prevent waste material from spilling during the transfer into the container, they sit at the top of the open bottle and allow free and unhindered emission of pollutants into the air.

This practice which may have been acceptable in the past, allows waste solvents to evaporate from the uncapped container.

## ECO FUNNEL'S PRIMARY BENEFITS

1- It prevents evaporation of solvents from containers.

2- The funnel remains on the container until the container is full.

3- The materials of ECO-FUNNEL™ (HDPE) resist laboratory solvents, acids, and bases.

4- The implementation of ECO-FUNNEL™ throughout the laboratory system provides a cost effective source control rather than an expensive end of pipe control of emissions.

5- There is no need to constantly remove a funnel and replace it with a cap to end container emissions and comply with current new regulations.

## PREVENTING WASTE WATER POLLUTION USING ECO FUNNEL

New regulations also prohibit dumping of waste solvent down the sink. This includes even Acetone the most commonly used solvent of choice for washing glassware. It is common practice to rinse glassware with acetone and water in the laboratory sink, however, this practice must stop because:

1- Mixture of Acetone and hot water steam exposes the operator to excessive amounts of acetone vapors.

2- The acetone waste will show up at the water treatment facility, which is unacceptable and against all regulations.

3- To prevent Acetone from going down the drain by collecting it in a Beaker or Erlenmeyer are also not acceptable because of excessive operator exposure.

## HEALTH AND SAFETY BENEFITS OF ECO FUNNEL

ECO-FUNNEL™ is a patented new product designed to dramatically reduce exposure of the laboratory personnel to the toxic solvents, while providing ease-of-use.

Chemists are chronically exposed to solvent fumes. They wear Lab coats to protect their clothing, gloves to protect their hands, goggles to protect their eyes. Yet we rarely see a chemist working near the fume hood or at the bench wearing a respirator while performing a routine synthesis or analytical task. In fact one of the largest sources of Laboratory air contamination is the waste solvent that chemists routinely handle. Despite the common belief that a fume hood takes care of air pollutants, most laboratory buildings still smell the stench of chemicals. This is largely due to the fact that the fume hood stacks leading to the roof are usually in close proximity to the air intakes. This is most noticeable to people who enter the building from the outside.

These silent killers are all around us in a laboratory building, sometimes we can smell them (Disulfides, volatile Mercaptans, Butanethiol etc.). But most of the times they are around us, we can not (Dichloromethane, Hexane, Heptane, Low concentrations of Acetone, Methanol, DMSO, THF, Acetonitrile, DMF).

## LONG TERM HEALTH EFFECTS OF COMMON LABORATORY SOLVENTS

Consulting with Material Safety Data Sheet of each of the solvents, will indicate that sure could result in damage to the liver, ductive and nervous systems. In the abs systematic scientific studies, the long te chronic exposure to these chemicals are However ample warnings have been issu regarding the hazards associated with the Laboratory work environment. Lia under study and despite establishment exposure limits, sensitized individuals tomatic at extremely low levels.

To prevent liability and health issues, striving to implement programs such as FUNNEL™ throughout their laboratory operations.

The prime beneficiaries of implementation grams include Lab professionals (Chemists, Technicians), and Industrial Hygienists.

## ECO FUNNEL SPECIFICATIONS

ECO Funnel is made of chemically resistant Density Polyethylene. ECO Funnel co ent top diameters of 4" and 8". Each size in a variety of closures.

## COST - BENEFIT ANALYSIS OF ECO F

It is well understood that source redu methodologies such as ECO Funnel is cost effective than any expensive "end o solution. At a cost of less than $79 fo Funnel, they are far more cost effective lation of "filtration / condensation" equi roof top of your laboratory building (Ca several hundred thousand dollars). O are servicing, maintenance and disposa ed with these expensive systems. Three benefits associated with ECO Funnel ha achieved with "end of the pipe methodolo

* Reducing the chance of fire in Resear Teaching laboratory.
* Keeping the air you breathe in the lab



8"TOP
EF30020

8"TOP

8"TOP
EF3008

8"TOP
EF30048

4"TOP
EF4-45B

EXHIBIT A6





CALIFORNIA PACIFIC LAB
37 COMMERCIAL BLVD.
NOVATO CA, 94945

EXHIBIT A7



A Step in the Right Direction



ECO FUNNEL
It's time to change.

Case 5:02-cv-01418-JF   Document 51   Filed 08/14/02   Page 57 of 65

# nvironment

## ENVIRONMENTAL POLLUTION (Waste Water)

New regulations prohibit dumping of waste solvent down the sink. This includes even Acetone the most commonly used solvent of choice for washing glassware.

It is common practice to rinse glassware with acetone and water in the laboratory sink, however, this practice must stop because:

*Now throwing solvents down the drain, is ILLEGAL!! Severe penalties will apply*

1- Mixture of Acetone and hot water steam exposes the operator to excessive amounts of acetone vapors.

2- The acetone waste will show up at the water treatment facility, which is unacceptable and against all regulations.

3- To prevent Acetone from going down the drain by collecting it in a Beaker or Erlenmeyer are also not acceptable because of excessive evaporation and operator exposure.

The ECO-FUNNEL™ benefit is that it will help the operator during glassware washing. Simply place the ECO-FUNNEL™ waste system inside the sink, open the lid, wash the glassware inside the funnel, close the lid and you are done. This will accomplish much lower solvent exposure to the individual doing the glassware washing while preventing acetone from going down the sink drain.



*acetone wash solvents ...ng down the drain.*

FUNNEL™

...ration of solvents from con-

...ains on the container until the

...of ECO-FUNNEL™ (HDPE), ...st laboratory solvents, acids,

...ntation of ECO-FUNNEL™ ...laboratory system provides a ...source control rather than an ...d of pipe" control of emis-

...need to constantly remove a ...place it with a cap to end ...missions and comply with cur-...gulations

## HOW TO ORDER

Available for variety of bottles and cap sizes
Ask about our CUSTOM fittings
for unusual bottles, and containers
**For product information and pricing call:**

# 1-888-3-CAL-PAC

http://www.calpaclab.com/ecofunnel    1-888-322-5722
email: info@calpaclab.com

ECO FUNNEL™ is Manufactured & Distributed By:
CALIFORNIA PACIFIC LAB & CONSULTING
2206 CECILIA AVE.
SAN FRANCISCO, CALIF. 94116 / USA

ECO funnel is also available directly through these major distributors:

Aldrich Chemical Co        1-800-558-9160
(1996-1997 Aldrich Catalog. Page 313)

Lab Safety Supply          1-800-356-0783
(1997 Catalog. Page 640)

ChemGlass, Inc.            1-800-843-1794
(1996 Catalog. pp 185)
Orders for ChemGlass may also be placed
through VWR, Baxter or Fisher Scientific.

A few users of ECO-FUNNEL™
Parke-Davis Pharmaceutical
Merck Sharpe & Dohme Pharmaceutical
Pharmacia-Upjohn Pharmaceutical
Pfizer Pharmaceutical
Scripps Research Institute
Lederle Labs Div of Am. Cyanamid
Chiron Corp
Eastman Chemicals
American Cyanamid
Aldrich Chemical Co.
Rhone-Poulenc Rorer Pharm
Magainin Pharmaceutical
Chevron Research
UC Berkeley
Uniroyal Chemical
Phenomenex Co.
Univ. Of Missouri
Interbake Foods
Hunt Wesson Foods
Purdue University
SASF Corporation
Pharmos Corporation

EF-40040

EF-40045

EF-30040

EF-30040B

KEEP THE GENIE IN THE BOTTLE    BE KIND TO YOURSELF & THE ENVIRONMENT

ECO FUNNEL

# ECO FUNNEL

**EXHIBIT** ----    A8

# ECO FUNNEL

## Be friendly to Yourself ...and your Environment

### ENVIRONMENTAL POLLUTION (AIR)

ECO-FUNNEL™ is a patented new product designed to prevent volatile solvents from evaporating into the air.

New local, state, and federal regulations make the reduction of laboratory fume hood exhaust emission a major priority for everyone connected to laboratory science. Major sources of these emissions originate from the volatile organic compounds which are temporarily stored in satellite waste containers in the fume hood or on the bench. Unfortunately while current regulations require that these containers be capped and closed when not in use, they are usually fitted with the standard (regular) funnel during working hours. Although regular funnels prevent waste material from spilling during the transfer to the container; they sit at the top of the open bottle and allow free and unhindered emission of pollutants into the air.



This practice which may have been acceptable in the past, allows waste solvents to evaporate from the uncapped container. Citations issued various regulatory inspectors can now result in fines of up [...]00 per day for each open container.

**NEVER use a regular funnel on top of a waste bottle!**

| ...e containing 3000 ml of Acetone in fume hood | Emission Per 24 hrs. |
|---|---|
| ...NEL™ | 0.0 mL |

*ECO-FUNNEL™ was invented by a synthetic organic chemist ...tane; had developed hyper-sensitivities to common lab solvents*

### THE BENEFIT OF ECO-FUNNEL™

1 - It prevents evaporation of solvents from containers.
2 - The funnel remains on the container until the container is full.
3 - The materials of ECO-FUNNEL™ (HDPE) and (HDPP) resist laboratory solvents, acids, and bases.
4 - The implementation of ECO-FUNNEL™ throughout the laboratory system provides a cost effective source control rather than an expensive "end of pipe" control of emissions.
5 - There is no need to constantly remove a funnel and replace it with a cap to end container emissions and comply with current new regulations.

*Environmentally Responsible Waste Management.*

**ECO-FUNNEL™ IS BEING USED BY:**
Organic Chemists
Medicinal Chemists
Process Chemists
...hydrate Chemists
Nuclear Chemists
Biologists
...ceutical Chemists
...ganic Chemists
Surface Chemists
...alytical Chemists
...cal Professionals

### ENVIRONMENTAL POLLUTION (...)

New regulations: ...dumping of w... down the sink even Acetone ...monly used so... for washing gl...

It is common pr... glassware with ... water in the lab... however, this pr... stop because...

*Now, throwing solvents down the drain... is ILLEGAL!! Severe penalties will apply.*

1 - Mixture of Acetone and hot water exposes the operator to excessive acetone vapors.
2 - The acetone waste will show ... treatment facility, which is unaccep... against all regulations.
3 - To prevent Acetone from going ... drain by collecting it in a Beaker ... are also not acceptable because... evaporation and operator exposu...

The ECO-FUNNEL™ benefit is th... the operator during glassware wa... place the ECO-FUNNEL™ waste... the sink, open the lid, wash the... the funnel, close the lid and you... This will accomplish much lower... sure to the individual during the ... ing while preventing acetone fro... the sink drain.

*Prevent your acetone wash solvents from going down the drain.*

EXHIBIT __A9__

# WHAT IS ECOLOGICAL FUNNEL™?

Concerned about open waste containers?
Under pressure from your safety officers or regulatory agencies to prevent emission of waste solvent fumes from the lab bench or fume hood?



Clean water

Use Eco Funnel in the sink to catch acetone waste.

Use Eco Funnel in the fume hood to trap volatile fumes

Clean air

Eco Funnels prevent waste solvent evaporation and are designed to remain on the collection vessel until it is full.

- Chemically resistant HDPE and PP construction
- Lip-seal on lid seals the waste system when closed
- Funnel stem sealed to waste container cap prevents emission from sides of stem
- Pressure equalizing tube prevents solvent trapping

## Nalgene Safety Waste Systems

Safely dispose of chemical and biological waste and reduce hazardous emissions in the laboratory. Systems include a safety waste funnel with a HDPE bottle. Funnels and bottles are also available separately.
- Safety waste funnel has a hinged cover to keep emissions contained.
- Funnel attaches to the bottle and remains in place until the bottle is full.
- Built-in vent minimizes overflow

| Syst. Cap. (L) | System Cat. No. | Each | 2 Liter - 4 inch top Cat. No. | Each | 4 Liter - 4 inch top Cat. No. | Funnel only Each | 10 Liter - 8 inch top Bottle only Cat. No. | Each |
|---|---|---|---|---|---|---|---|---|
| 2 | 240,937-5 | $94.10 | 240,934 0 | $88.00 | | | B7035 | $23.902 |
| 4 | 240,938-3 | $101.50 | 240,935-9 | $88.00 | | | 227,885-8 | $16.50 |
| 10 | 210,939-1 | $130.80 | 240,936-7 | $104.60 | 240,640-5 | $51.50 | | |

## Secondary Containers and Base

Prevent accidental tip-over of your waste containers with a secondary container and its base.
The base is designed to hold the secondary container in a snug position. The base can also be used with the 4 L Nalgene secondary container/bottle carrier.

| Cat. No. | Description | Each |
|---|---|---|
| 242,482-5 | Secondary container and base | $21.50 |
| 242,471-4 | Base | $8.50 |

## 4-inch and 8-inch Eco Funnels

Are you concerned about your HPLC waste line simply sitting or dangling in a bottle?
Are you concerned about evaporation of your solvents?
Are you under pressure from your Safety Officers to do something about it?

- No more hanging or dangling waste line in the bottle
- No more tin-foil or parafilm to stop the evaporation
- No more surprise over-filling of the waste.



HPLC Eco Funnel

HPLC Eco Funnels come with 4-inch or 8-inch tops.

Connect your HPLC waste line to the fitting on the side of the Eco Funnel.
The fumes stay in the bottle while the waste liquid pours directly into the funnel.

| Top Diam. | Cat. No. | Closure size | Each |
|---|---|---|---|
| 4 inch | 242,469.2 | 38/430 | $55.00 |
| 4 inch | 242,470-6 | 63/8 | $55.00 |
| 8 inch | 242,463.3 | 38-430 | $99.00 |
| 8 inch | 242,464-1 | 53/8 | $105.00 |
| 8 inch | 242,467-6 | 70 mm | $106.00 |
| 8 inch | 242,466-8 | 83/8 | $111.00 |
| 8 inch | 242,468-4 | 100 mm | $105.00 |

EXHIBIT A10
----

Order online at www.calpaclab.com or Call 1-888-322-5722    Eco Funnels!







- Eco Funnels are made out of chemically resistant HDPE, 4 inch top diameter.
- Available with a 38-430 or 53B screw cap.
- Eco Funnel can also be customized to your desired screw cap size and container (please call).
- Eco Funnels are also available with an HPLC hook up fitting. Can be connected to your HPLC waste line easily (see corresponding HPLC part # below).
- Eco Funnels are designed for their corresponding Nalge containers.
- Use of Secondary Containers are mandatory by law.

| | | | |
|---|---|---|---|
| EF-4-38 | 38-430 | EcoFunnel, fits on EC-2004 | $ 69 |
| EF-4-38-HPLC | 38-430 | Eco Funnel, with HPLC fitting, fits on EC-2004 | $ 89 |
| EF-4-53B | 53B | Eco Funnel, fits on EC-2002 | $ 69 |
| EF-4-53-HPLC | 53B | Eco Funnel, with HPLC fitting, fits on EC-2002 | $ 89 |

- EC2004 and EC-2008 Large narrow-mouth bottle. Low-density polyethylene (LDPE). Has built-in shoulder loop for attaching an identification tag. Leakproof.
- SC-3002 and SC-3004 Secondary Containers, LDPE. Designed to contain the entire content of the waste container in case of a spill.

| | | | |
|---|---|---|---|
| EC-2004 | 38-430 | Eco Container, 4 L bottle | $ 19 |
| EC-2002 | 53B | Eco Container, 2 L bottle | $ 29 |
| SC-3002 | n/a | Secondary container for 2 L bottle | $ 18 |
| SC-3004 | n/a | Secondary container for 4 L bottle | $ 25 |

7

EXHIBIT A11

For More Information, Fill Out
Reverse Side of This Card.

Prevent the emission of solvents
Keep the air in your work
environment clean
Comply with all the regulations
Connect to your HPLC waste line

CALIFORNIA-PACIFIC LAB INC.
www.calpaclab.com • Email:info@calpaclab.com
Tel: (888)322-5722 • (415)883-2600

Name/Title Winifred Sell
Company Muhlenberg College
Address 2400 Chew St
City/State/Zip Allentown PA 18104
Phone ( )
E-mail

SID '06
NOV '99

56

Postage
Required

CALIFORNIA-PACIFIC LAB INC.
37 Commercial Blvd. Suite 100
Novato, CA 94949

EXHIBIT A12

# Table of Contents 

## Technical Information (?)

Customer Service and Technical Support ...........3
Trademarks ....................2
Catalog Guide ...................3
Material Codes ...................2

## Indexes (i)

Product Index ..................4-5
Catalog Number Index ......6-7

Beakers ..................8-10
Buckets ................10-11
Burets ...................11-12
Carriers .................12-14
Cultureware ............14-16
Desiccators ............17-18
Dispensers .............18-19

Dropper Bottles ...........19-21
Environmental .............21-22
Flasks .....................23-25
Funnels ..................25-27
Graduated Cylinders ...28-29
Hydrometers ............29-30
Labware ..................30-31

Labels ..........................59
Notebooks & Paper ....32-34
Organizers .................35-37
Pans .........................38
Petri Dishes/Racks ....39-40
Pipets ......................40-41
Pipet Washing ...........41-42

Stir Bars/Rods ..............43-44
Storage/Sampling .........45-46
Test Tube Racks ..........47-50
Vacuum Chambers ........50-51
Vacuum Hand Pumps ...51-53
Wash Bottles ...........53-58
VERSI-DRY Lab Soakers .....59

## Centrifuge Ware  2

Conical Tubes ...............60-61
Round Bottom Tubes .....61-62

UltraTubes ................62-63
Oak Ridge Tubes .........64-66

Bottles ....................67-69
Closures & Adapters ....70-71

Rotor Matching Guide ...72-78
Chemical Resistance ......79-81

## Containers  3

Wide Mouth Bottles ......84-85
Narrow Mouth Bottles ..85-86
Rectangular Bottles .........87
Square Bottles ............88-89
Dilution Bottles ..............90
Environmental Sample Bottles ...........91-92

Fluoropolymer Bottles ..93-94
Fluorinated Products ....95-96
Shipping Systems .......97-100
Jars .......................101-102
Large Bottles ...........103-105
Large Narrow Mouth Bottles .......104-105

Large Heavy Duty Bottles ...............105
Carboys ..................106-109
Rectangular Carboys .109-110
Jugs & Jerricans ..............111
Carboys with Spigots .112-113

Carboys with Tubulation ......114-115
Spigots and Fittings ....115-117
Top Works .....................118
Bottle and Carboy Specifications ..........119-123

## Cryoware  4

Vials ........................124-126
Boxes, Holders & Racks .....126-129
Coolers & Dewars ....129-131
Accessories ...............131-133

## Filterware  5

Sterilization/Tissue Culture
• PES membranes .....136-138
• SFCA membranes ..138-141
• CN membranes ......141-143

• Nylon membranes ...141-145
• Receivers ...................145
Analytical/ Microbiological .......146-151

Reusable ..................151-153
Membranes...............153-155
Syringe/ In-Line/Capsule ......156-160

Centrifuge Filters ......160-161
Accessories ...............161-162

## Safety  6

Lab Safety ...............164-165
Biohazard Safety ........165-167
Radiation Safety .........167-175

Tanks
• Cylindrical & Rectangular Tanks ...176-181
• Mixers....................181

• Tank Fittings & Accessories .........183-183
Bioprocessing
• Closed-Dome Bio Tanks ...............185-186

• Bioprocess Vessels..186-189
• Sanitary Conical-Bottom Tanks ........189-190

• Biotech Mixing Systems.......191-192
• Biotech Fittings & Accessories .........193-197

## Tubing  8

Clear Plastic Tubing ...198-202
Specialty Tubing ........202-209
Connectors & Accessories..........210-216
Specifications and Application Guide ...217

## Reference

Replacement Parts .....218-220
Chemical Structure of Resins .............220-222
Use and Care of Plastic Labware................223-224
Autoclaving Plastic Labware............225
Sterilizing- Other Methods ......225-226
Recycling of Plastic Labware..............226
Chemical Resist Charts.............227-231
Physical Properties of NALGENE Labware.....232

EXHIBIT A13



# Product Index

## A

Analytical Filterware . . . . . . . . . . . . . . . . . . . . .145-150
Autoclaving Instructions . . . . . . . . . . . . . . . . . . .225
Autoclaving Products . . . . . . . . . . . . . . . .13, 38, 39
  Baskets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
  Carriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
  Pans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

## B

Bags, Sample . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
Beakers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8-10
  Covers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
  Economy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
  Fluoropolymer . . . . . . . . . . . . . . . . . . . . . . . . . .9-10
  Graduated with Handle . . . . . . . . . . . . . . . . . . . . .9
Benchtop Labware . . . . . . . . . . . . . . . . . . . . . . . .8-54
Benchtop Liners . . . . . . . . . . . . . . . . . . . . . . . . . .167
Beta Radiation Shields . . . . . . . . . . . . . . . . . .167-174
Biohazard Safety Shields . . . . . . . . . . . . . . . . . .166
Biohazard Waste Container . . . . . . . . . . . . . . . . .166
Bio Transport Carrier . . . . . . . . . . . . . . . . . . . . .165
Bioprocess . . . . . . . . . . . . . . . . . . . . . . . . . . .184-197
  Bioprocess Vessels . . . . . . . . . . . . . . . . . . .186-189
  Biotech Mixer Overhead Drives . . . . . . . . . . . .191
  Carboys with Sanitary Flange . . . . . . . . . . . . . .115
  Closed-Dome Biotank . . . . . . . . . . . . . . . . . . .184
  Closed-Dome Biotank Closure . . . . . . . . . . . . .185
  Closed-Dome Siphon Tube . . . . . . . . . . . . . . . .185
  Conical-Bottom . . . . . . . . . . . . . . . . . . . . .189-190
  Dolly, Autoclavable . . . . . . . . . . . . . . . . . . . . .186
  Fittings/Accessories . . . . . . . . . . . . . . . . . .193-197
  Lower Assemblies . . . . . . . . . . . . . . . . . .188, 190
  Mixers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .181
  Magnetic Carboy/Stirrer . . . . . . . . . . . . . . . . . .181
  Sanitary Conical Tanks . . . . . . . . . . . . . . .189-190
  Sight Closure . . . . . . . . . . . . . . . . . . . . . . . . . .194
Bioprocess Tanks . . . . . . . . . . . . . . . . . . . . .184-197
Biotechnology Equipment . . . . . . . . . . .16, 184, 186-197
Bottle Carriers . . . . . . . . . . . . . . . . . . . . . . . . .12, 92
  Bottle Mailers . . . . . . . . . . . . . . . . . . . . . . . . . .92
  Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
Bottle and Carboy Specification Chart . . . . . . .119-123
Bottle Top Filters . . . . . . . . . . .137-138, 140-141, 152
Bottles . . . . . . . . . . . . . . . . . . . . . . . .82-98, 103-105
  Aerosol Spray . . . . . . . . . . . . . . . . . . . . . . . . . .19
  Amber . . . . . . . . . . . . . . . .83, 85, 86, 87, 92, 104
  Black . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .93
  Centrifuge . . . . . . . . . . . . . . . . . . . . . . . . .63, 67-69
  Dilution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .90
  Dropper . . . . . . . . . . . . . . . . . . . . . . . . . . . .20-21
  Dropping/Dispensing . . . . . . . . . . . . . . . . . . . . .20
  Environmental Sample . . . . . . . . . . . . . . . . . .90-92
  Fluorinated . . . . . . . . . . . . . . . . . . . . . . . . . .95-96
  Fluoropolymer . . . . . . . . . . . . . . . . . . . . . . . .93-94
  Heavy-Duty . . . . . . . . . . . . . . . . . . . . . . . . . . .105
  Large . . . . . . . . . . . . . . . . . . . . . . . . . . . .103-105
  Low Particulate Containers . . . . . . . . . . . . . . . .98
  Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .98
  Narrow-Mouth . . . . . . .82, 83, 85, 86, 91, 93, 97, 104
  Passport IP2 . . . . . . . . . . . . . . . . . . . . . . . . .97-98
  Rectangular . . . . . . . . . . . . . . . . . . . . . . . . . . . .87
  Right-To-Know . . . . . . . . . . . . . . . . . . . . . . . .57-58
  Safety Wash . . . . . . . . . . . . . . . . . . . . . . . . .56-57
  Sample . . . . . . . . . . . . . . . . . . . . . . . . . . . .91, 92
  Shipping Systems . . . . . . . . . . . . . . . . . . . . . .107
  Solution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .98
  Square . . . . . . . . . . . . . . . . . . . . . . . . . . . . .87-89
  Sterile, Disposable . . . . . . . . . . . . . . . . . . . . . .90
  Validation . . . . . . . . . . . . . . . . . . . . . . . . . . . .107
  Wash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54-58
  Wide-Mouth . . . . .84-85, 89, 91, 92, 94-97, 103-104
Boxes . . . . . . . . . . .37, 46, 126, 127, 170, 171
  Beta Storage . . . . . . . . . . . . . . . . . . . . . . . . . .170
  CryoBoxes . . . . . . . . . . . . . . . . . . . . . . . . .126-127
  Microcentrifuge Tubes . . . . . . . . . . . . . . . . . . .127
  Radiation Waste . . . . . . . . . . . . . . . . . . . . . . . .171

Staining . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .127
Utility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .37
Bubble Point Tester . . . . . . . . . . . . . . . . . . . . . .162
Buckets and Pails . . . . . . . . . . . . . . . . . . . . . . . . .11
Burets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
Buret Kit, Self Zeroing . . . . . . . . . . . . . . . . . . . . .11

## C

Carboys . . . . . . . . . . . . . . . . . . . .95-96,106-115
  Amber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .108
  Autoclavable . . . . . . . . . .106, 108, 109, 112-114
  Clearboys . . . . . . . . . . . . . . . . .107, 109, 111
  Fluorinated . . . . . . . . . . . . . . . . . . . . . . . . .95-96
  Jugs, Jerricans . . . . . . . . . . . . . . . . . . . . .110-111
  Lowboys . . . . . . . . . . . . . . . . . . . . . . . . . .113-114
  Rectangular . . . . . . . . . .109, 110, 112, 113, 115
  Round . . . . . . . . . .106-108, 110-111, 114-115
  Sanitary . . . . . . . . . . . . . . . . . . . . . . . . . . . . .108
  Transparent . . . . . . . . . . . .107, 109, 111, 113
  Wide-Mouth . . . . . . . . . . . . . . . . . . . . .108, 110
  With Handles . . . . . . . . . . . . . . . . . . . . .106, 108
  With Sanitary Flange . . . . . . . . . . . . . . . . . . . .115
  With Spigots . . . . . . . . . . . . . . . . . . . . . .112-113
  With Tubulation . . . . . . . . . . . . . . . . . . . .114-115
Carriers . . . . . . . . . . . . . . . . . . . . . . . .12-14,165
  Bio Transport . . . . . . . . . . . . . . . . . . . . . . . . .165
  Collapsible . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
  Dilution Bottle Rack . . . . . . . . . . . . . . . . . . . . .13
  Laboratory . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
  Multi-Bottle Rack . . . . . . . . . . . . . . . . . . . . . . .12
  Utility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Centrifuge Ware . . . . . . . . . . . . . . . . . . . . . . .60-80
  Adapters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
  Bottles . . . . . . . . . . . . . . . . . . . . . . . .63, 67-69
  Closures . . . . . . . . . . . . . . . . . . . . . . . . . . .70-71
  Conical Tubes . . . . . . . . . . . . . . . .60-61, 66, 69
  Conical-Bottom Bottles . . . . . . . . . . . . . . . . . . .69
  Spherical-Bottom Bottles . . . . . . . . . . . . . . . . . .69
  Low- and High-Speed
  Centrifugeware Selector Guides . . . . . . . .74, 75
  Oak Ridge Tubes . . . . . . . . . . . . . . . . . . . .64, 66
  Rotor Matching Guides . . . . . . . . . . . . . . . .72-78
  Round Tubes . . . . . . . . . . . . . . . . . . . . .60-62, 63
  Sealing Cap Assemblies . . . . . . . . . . . . . . . . . .70
  Sealing Caps . . . . . . . . . . . . . . . . . . . . . . . . . .70
  Tube Closures . . . . . . . . . . . . . . . . . . . . . . . . .70
  UltraPlus Centrifuge Ware . . . . . . . . . . . .62-63, 78
  Selector Guide . . . . . . . . . . . . . . . . . . . . . . . . .78
  With Closures . . . . . . . . . . . . . . . . . . . . . . . . . .63
  Use and Care . . . . . . . . . . . . . . . . . . . . . . . . . .74
Clean Sheets and Rolls . . . . . . . . . . . . . . . . . . . .167
Closures . . . . . . . . . . . . .16, 116, 117, 185, 188, 220
  Bottle and Carboy . . . . . . . . . . . . . . . . . .117, 220
  Bottle and Carboy Specifications . . . . . . . .119-123
  Closed-Dome Biotank . . . . . . . . . . . . . . . . . . .185
  Filling/Venting . . . . . . . . . . . . . . . . . . . . .116-117
  Fluid Transfer . . . . . . . . . . . . . . . . . . . . . . . . .117
  Fluoropolymer . . . . . . . . . . . . . . . . . . . . . . . . .220
  Jar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .220
  Probe Adapter . . . . . . . . . . . . . . . . . . . . . . . . .16
  Septum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .117
  Sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .188
  Spigot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .116
  With Barbed Bulkhead Fittings . . . . . . . . . .116-117
Containers . . . . . . . . . . . . . . . . . . . . . . . . . . .82-123
Connector and Valves . . . . . . . . . . .183, 213-216
  Three Way . . . . . . . . . . . . . . . . . . . . . . . . . . .216
  Check Valves . . . . . . . . . . . . . . . . . . . . . . . . .215
  Flow Control . . . . . . . . . . . . . . . . . . . . . . . . . .214
  Needle-Type . . . . . . . . . . . . . . . . . . . . . . . . . .183
  Pinch Clamp . . . . . . . . . . . . . . . . . . . . . . . . . .214
  Push-Pull . . . . . . . . . . . . . . . . . . . . . . . . . . . .213
  Quick Disconnect . . . . . . . . . . . . . . . . . . . . . .213
  Stopcocks . . . . . . . . . . . . . . . . . . . . . . . . . . .216
  T and Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . .214

## C (cont.)

Coolers, Labtop . . . . . . . . . . . . . . . . . . . . . . . . . . .
Cryoware . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124-1
  Controlled Rate Freezing . . . . . . . . . . . . . . . . . .
  CryoBoxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Cryobox Racks . . . . . . . . . . . . . . . . . . . . . . . . .
  CryoCanes . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  CryoSleeve . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Cryogenic Vial Holder . . . . . . . . . . . . . . . . . . . .
  Labtop Coolers . . . . . . . . . . . . . . . . . . . . . . . . .
  SYSTEM 100 Cryoware . . . . . . . . . . . . . .124, .
  Vials . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124-1
Cultureware . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Culture Vessel with Biotech Mixer . . . . . . . . . . .
  Culture Vessel With Ports . . . . . . . . . . . . . . . . .
  Flasks, Baffled . . . . . . . . . . . . . . . . . . . . . . . . .
  Flasks, Fernbach . . . . . . . . . . . . . . . . . . . . . . .
  Magnetic Culture Vessel . . . . . . . . . . . . . . . . . .
  Mixers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Probe Adapter Closure . . . . . . . . . . . . . . . . . . .

## D

Desiccators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Cabinets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Plates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Vacuum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Detergent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Dewar Flasks . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Dishes, Petri . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Dispensers . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18-
  Precise-Volume . . . . . . . . . . . . . . . . . . . . . . . . .
  Variable-Volume . . . . . . . . . . . . . . . . . . . . . . . .
Dolly, Autoclavable . . . . . . . . . . . . . . . . . . . . . . . .
Dropping Bottles . . . . . . . . . . . . . . . . . . . . . . . . . .
Dropper Bottles . . . . . . . . . . . . . . . . . . . . . . . . . .20-
Drying Tube . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## E

Electrophoreses Staining Box . . . . . . . . . . . . . . . . .
Environmental Products . . . . . . . . . . . . . . . . .22, 91-
Erlenmeyer Flask . . . . . . . . . . . . . . . . . . . . . . . . . .
Evaporating Dish . . . . . . . . . . . . . . . . . . . . . . . . . .

## F

Fernbach Flask . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Filterware . . . . . . . . . . . . . . . . . . . . . . . . . . . . .135-
  Accessories . . . . . . . . . . . . . . . . . . . . . . . . .161-
  Analytical . . . . . . . . . . . . . . . . . . . . . . . . . . .145-
  Bottle-Top Conversion Assembly . . . . . . . . . . . .
  Bottle Top Filters
  (SFCA and PES Membranes) . . . . .137-138, 140,
  Centrifuge Filters . . . . . . . . . . . . . . . . . . . . .160-
  Chemical Resistance Information . . . . . . . . . . . .
  Filling Bell . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Funnel, Analytical . . . . . . . . . . . . . . . . . . . . . . .
  Funnel Conversion Assembly . . . . . . . . . . . . . . .
  Funnel, with Clamp . . . . . . . . . . . . . . . . . . . . . .
  MF75 Filterware . . . . . . . . . . . . . . . . . . . . . .135-
  Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Media-Plus Filter Units
  (NYL and SFCA membranes) . . . . . . . . . . . .140,
  Membrane Filters and Prefilters . . . . . . . . . . .154-
  Monitors . . . . . . . . . . . . . . . . . . . . . . . . . . .149-
  Nutrient Pad Kits . . . . . . . . . . . . . . . . . . . . . . .
  Receivers . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  Reusable Filterware . . . . . . . . . . . . . . . . . . .151-
  Sterilization Filter Units, Disposable
  (C.N. Membrane) . . . . . . . . . . . . . . . . . . . . .142-
  Swab Test Kits . . . . . . . . . . . . . . . . . . . . . . . . .
  Syringe Filter Guide . . . . . . . . . . . . . . . . . . . . .
  Syringe Filters/Prefilters . . . . . . . . . . . . . . . .157-
  Syringe/In-Line Filters . . . . . . . . . . . . . . . . . . . .
  Tissue Culture Filter Units, Disposable
  (C.A. and SFCA membranes) . . . . . . . . . . .157-
  Sterilization Filter Units, Disposable
  (NYL membrane) . . . . . . . . . . . . . . . . . . . . .143-
  Sterilization/ . . . . . . . . . . . . . . . . . . . . . . . . . . .le
  (PES memb . . . . . . . . . . . . . . . . . . . . . . . . . .35-
  Tissue Cult . . . . . . . . . . . . . . . . . . . . . . . . . . .40-

# Product Index ⓘ

Vacuum Manifold ..............................162
Flasks ................................14, 23-25
  Baffled ...................................14
  Dewar ...................................131
  Erlenmeyer ..............................23-24
  Fernbach ................................14
  Filtering ................................23
  Volumetric ..............................25
Fluid Transfer .............................116-117
  Barbed Bulkhead Fittings ..................116
  Filling/Venting Closures ..............116-117
Fluorinated Products ......................58, 95-97
  Bottles .................................95
  Carboys ................................95
  Jerricans ...............................96
  Large Wide-Mouth Bottles .................96
  Rectangular Carboys With Spigot ............97
  Solvent Wash Bottles .....................58
Fluoropolymer Products .9, 10, 24, 26, 28, 31, 43-44, 54,
  ....................62, 64, 68, 115, 206-208
  Beaker & Covers .........................9-10
  Bottles .................................93-94
  Centrifuge Ware ...................62, 64, 68
  Closures ................................220
  Erlenmeyer Flask ........................24
  Evaporating Dish .........................10
  Funnel .................................26
  Graduated Cylinder ......................28
  Jar ....................................94
  Joint Sleeves ...........................31
  Separatory Funnels ......................25
  Stirring Equipment ......................43-44
  Spigots ................................115
  Tubing .................................206-208
  Tweezers ...............................31
  Wash Bottles ...........................54
Forceps ..............................30, 161
  Filter .................................161
  Plastic ................................30
  Stainless Steel, filter ...................161
Funnels .........................18, 26, 146-147
  Analytical ..............................26
  Buchner ...............................27
  Filter .................................146-147
  Powder ...............................26
  Safety Thistle Tube ......................18
  Separatory .............................25

**G**

Gamma Radiation Shield ....................175
Graduated Labware ........................28-29
  Burets ................................11-12
  Cylinders ..............................28-29
  Hydrometers & Jar ......................29-30
  Pipet Accessories .......................41-42
  Pipets & Pipet Holder ...................40-41
  Pharmaceutical Graduates .................29
  Volumetric Flasks .......................24

**H**

Hydrometers, Plain-Form .....................29

**I**

Imhoff Cone Rack ...........................22
Imhoff Settling Cone .........................21

**J**

Jars ...........................51, 101, 102
  Hydrometer .............................30
  Mason .................................101
  Multipurpose ...........................102
  Straight-Side Wide-Mouth ..............101-102
  Vacuum ................................51
  Wide-Mouth ........................101-102
  With Covers ............................102
Joint Sleeves ...............................31
Jugs/Jerricans ............................110-111

**L**

Labels .......................34, 59, 132
  Cryoware ...............................132
  PolyPaper ..............................34
  Right-To-Know ..........................59
  Target Organ Label ......................59
Lab Organizers ...........................35-37
Lab Soakers ...............................59
Labtop Coolers ...........................130

**M**

Mailers ...................................92
Magnetic Stir Bars ........................43-44
Media Bottles, Square ......................88
Media-Plus Filter Units ................140, 145
Membrane Filters and Prefilters ..........153-156
Mixers ...............16, 181, 188, 191, 192
  Biotech Mixers .........16, 188, 191, 192
  Tank Mixers ...........................181

**N**

Notebooks .................................32-33
  Laboratory .............................32
  PolyPaper ..............................32-33
Nutrient Pad Kits ..........................150

**P**

Pails & Buckets ............................11
Pans ....................................38-39
Paper, PolyPaper ..........................33
PassPort UN Shipping Systems ...........98-100
Pens & Markers ............................34
Petri Dishes ...............................39
Pipets ...................................40-41
  Dropping ..............................41
  Jars ...................................42
  Safety Filler ...........................41
  Washing Equipment .....................41-43
Pneumatic Trough ..........................31
Pour Spout ...............................116
Prefilters, Membrane ....................153-156
Pumps, Vacuum ....................51-52, 117
  Accessories .............................52
  Aspirator ...............................52
  Fluid Transfer Closure ...................117
  Hand Operated ........................51-52
  Repair Kits .............................52

**R**

Racks ............12, 13, 22, 35, 39, 47-49, 50, 147
  Dilution Bottle ..........................13
  Filter Unit .............................147
  Imhoff Cone ...........................22
  Microcentrifuge Tube ..................35, 50
  Microtube Beta Racks ...................170
  Multi-Bottle ...........................12
  Petri Dish .............................39
  Test Tube .............................48-49
  Unwire Test Tube ......................47-48
Radiation Shields .........167-169, 171, 175
Recycling Plastics .........................226
Reference Section ......................218-232
Replacement Parts List .................218-220

**S**

Safety Products ..............12, 57-59, 164-175
  Beta Apron .............................171
  Beta Radiation Shields .........167-169, 171
  Biohazard Waste Containers ..............166
  Bio Transport Carrier ...................165
  Clean Sheets ..........................167
  Face Shield ...........................167
  Gamma Radiation Shield .................175
  PolyPaper Labels .......................58-59
  Right-To-Know Safety Wash Bottles ......57-58
  Safety Bottle Carriers ...................12
  Safety Shield ..........................166
  Safety Splash Shield ....................166
  Safety Waste Funnels ...................165
  Safety Waste Systems ...................164

Sample Bags ...............................46
Sample Bottles ...........................91-92
Sample Vials ..............................46
Sealing Caps ..............................70
Secondary Containers ......................165
Separatory Funnels .........................25
Settlometer Kit ............................22
Shipping Systems ......................98-100
Sieves & Receiver Pans .....................22
Spigots ...............................115-117
  Spigot Closure .........................116
Splash Shield ..............................166
Square Bottles ...........................87-89
Staining Boxes .............................46
Sterilization Filter Units ................142-145
Sterilizing Plastics .........................226
Stirring Equipment ........................43-44
  Stir Bars .............................43-44
  Stirrers ...............................44
Student Labware Kit ........................30
Syringe Filters/Prefilters ................157-160

**T**

Tanks ..................................176-190
  Closed-Dome ..........................185
  Closed-Dome Bio Tank ..................184
  Conical-Bottom Cylindrical ..........189-190
  Cylindrical .........................177-179
  Dolly, Autoclavable .....................186
  Fittings .............................182-183
  Mixers ...............................181
  PVDF .................................178
  Rectangular .........................180-181
  Stands ................................179
TEFLON Products: ............See Fluoropolymer
Test Tube Racks ........................47-49
  Beta Radiation ........................170
  Beta Racks ...........................170
  Half Racks ............................48
  Retainers .............................47
  Slant .................................49
  Unwire ..............................47-48
  Vial ..................................49
Thistle Tube, Safety ........................18
Tissue Culture Filterware Units ..........157-158
Top Works ...............................118
Tubing .................................198-217
  Connectors & Accessories .............210-217
  Clear Plastic ......................198-202
  Fittings .............................210-216
  Specification & Application Guide .........217
  Specialty ..........................202-210
  Tolerances ...........................209
  Tubing Cutter .........................210
  Tubing Sizer ..........................210
  Tweezers ..............................31

**U**

Ultra Speed Centrifuge Ware ..............62, 63
Unwire Test Tube Racks .................47-48
Use and Care of Plastics Guide ..........223-224
Utility Boxes ..............................37

**V**

Vacuum Equipment .......................50-52
  Chambers .............................50
  Jars ..................................51
  Manifold (Filterware) ...................162
  Plates ................................51
  Pumps ..............................51-52
Vials ...............25, 46, 50, 124-126
  Cryogenic .........................124-126
  Rack .................................50
  Sample with Closure ....................46
  Volumetric Flasks ......................5

Wash Bottles ....                          5



EXHIBIT A13 ----

MSN Home | My MSN | Hotmail | Search | Shopping | **Money** | People & Chat |    [Sign In]



| WATERHOUSE | Ameritrade | shareBuilder. | DATEK |
|---|---|---|---|
| Open an Account Get 25 FREE Trades | Special Offer When You Open An Account | Buy stocks for $4 No Account Minimums | Advanced tools for active traders |

Search the

**Money**

Home   Investing   Banking   Planning   Taxes   Money Plus                    | Help

   Investing Home   Portfolio   Markets   Stocks   Funds   Insight   Brokers   CNBC TV

Quote, Chart, News
Snapshot          Name or Symbol: [US:AOT]   [ ]   Find Symbol  Print Report   citi ))))

Quotes             Upgrade MSN Money Software
Charts

Key Developments   ## Apogent Technologies Inc.: Company Report
Recent News

Research           Apogent Technologies makes no
 Company Report    apologies for its laboratory and life       **Need more information on this company?**
SEC Filings        sciences equipment. About half of the       Get histories, strategies, officers, products, operations
Advisor FYI        company's sales are generated by its        with Hoover's Company Profiles -- learn more about
                   Clinical Diagnostics division, which        Hoover's Online membership.
Stock Rating       makes such products as microscope
Earnings Estimates slides, glass tubes and vials, test kits,   ### Quick Facts
Analyst Ratings    and diagnostic reagents. Additional
Financial Results  segments include Labware and Life
Insider Trading    Sciences (beakers, bottles,                 | Location | 48 Congress Street |
Ownership          environmental and safety containers)        |  | Portsmouth NH 03801 |
Community          and Laboratory Equipment (hot               |  | Phone: (603) 433-6131 |
                   plates, shakers, stirrers). Operating       |  | Fax: (603) 431-0860 |
Guided Research    through several subsidiaries, Apogent
Research Wizard    sells its goods primarily through           | Web Site | http://www.apogent.com |
                   distributors, but also directly to end
Find Stocks        users in the industrial, clinical, and      | Industry | Medical Instruments & |
Stock Screener     research markets. The company's
Power Searches     customers include Allegiance and            | Employees | 6,400 |
Top Rated Stocks   Fisher Scientific International.            | Exchange | NYSE |

                   **Stock Activity**                          **Financials**

Related Links      | Last Price | **19.95** |                  |  | Last 12 Months | 5 Year Growth |
E-mail & Alerts    | 52 Week High | 26.52 |                    | Sales | 1.0 Bil | 3.9% |
IPO Center         | 52 Week Low | 16.87 |                     | Income | 114.4 Mil | 6.8% |
Stock Competition  | Volume | 312,700 |                        | Earnings/Share | 1.08 | NA |
Message Boards     | Average Daily Volume (13wk) | 423,700 |   | Dividend Rate | NA | NA |
                   | 50 Day Moving Average | 20.55 |           | Dividend Yield | 0.00% | 0.00% |
                   | 200 Day Moving Average | 23.57 |          | More Financials - as of 3/02 |

                   | Volatility (beta) | 0.7 |                 **Fundamental Data**
                                      Detailed Quote
                                                               | Debt/Equity Ratio | 0.75 |
                   Financial data in U.S. dollars              | Gross Margin | 52.30% |
                   **Stock Price History**                     | Net Profit Margin | 11.00% |
                                                               | Shares Outstanding | 106.8 Mil |
                   |  | Change | Relative Strength |           | Market Capitalization | 2.13 Bil |
                   | Last 3 | -15.4% | 51 |                    StockScouter Rating

**EXHIBIT** A14