I Braun Degenshein (SBN 138832)
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>Defendants | Case No.: C 02-01418 JF<br><br>**DECLARATION OF RON NAJAFI, Ph.D. IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND IN SUPPORT OF PLAINTIFF'S MOTIONS FOR CONTINUANCE AND SANCTIONS**<br><br>Date:  September 16, 2002<br>Time:  9:00 a.m.<br>Place: Courtroom 3<br>Before: Hon. Jeremy Fogel |

I, Ron Najafi, hereby declare as follows:

1.  I am the President of California Pacific Labs, Inc., the plaintiff in this action.  I am competent to testify to the facts herein, and if called upon will do so.

2.   I had to fire Christina Johnson as my attorney because her personal problems were clearly compromising CAL LABS' representation.  Apparently, the problems with her ankle caused her to take medications that affected her judgment.  The whole thing came to a head on August 14, 2002 when I learned that she

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 1**

1  could not file my declaration and other reply papers in time for
2  the filing deadline for a number of unacceptable reasons, such
3  as the fumigation of her combination studio apartment/office for
4  fleas.
5  3.   On Tuesday, August 27, 2002, as soon as possible after the
6  hearing on her motion to withdraw, I sent a letter to Christina
7  L. Johnson by Airborne Express overnight delivery.  Ms. Johnson
8  was California Pacific Labs' former attorney who withdrew from
9  the case the day before for reasons that I do not know or
10 understand.  In my letter, I formally requested that she
11 immediately send me all of California Pacific Labs' "papers and
12 property" as the term is defined in California Rule of
13 Professional Conduct 3-700(D).  According to the tracking
14 information at the Airborne Express web site, the letter was
15 delivered at 10:17 a.m. on August 28, 2002.  To date, I have
16 received nothing and have not heard from her in any way, and she
17 claims she did not receive the letter.
18 4.   On Friday, August 30, 2002 at around 11:00 a.m., the Motion
19 to Strike papers from Nalge's attorneys were delivered to me at
20 my office in Novato.
21 5.   I now have an understanding why Judge Fogel was so
22 insistent that I say nothing at the August 26, 2002 hearing,
23 because I had no idea how disadvantaged I was to have Christina
24 Johnson withdraw as my lawyer and to have a new lawyer take up
25 the case.  Had I known, I never would have agreed to a new
26 hearing date of September 16, 2002.
27
28

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 2**

1  I swear under penalty of perjury under the laws of the
2 State of California that the foregoing is true and correct and
3 of my own personal knowledge.
4 **Dated:** Sept. 9, 2002

                                    s/ Ron Najafi
                                    _____
                                    Ron Najafi

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 3**



I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 4