```
I Braun Degenshein (SBN 138832)
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>　　　　Defendants | Case No.: C 02-01418 JF<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO TO WITHDRAW PRIOR MOTION AND FOR SANCTIONS**<br><br>Date:　Sept. 16, 2002<br>Time:　9:00 a.m.<br>Place:　Courtroom 3<br>Before: Hon. Jeremy Fogel |

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that on Monday, September 16, 2002 at 9:00 a.m. in Courtroom 3 of the Federal Courthouse in San Jose, California, California Pacific Labs, Inc. will present its Motions to Withdraw Prior Motion and for Sanctions.

Said Motions are based upon the following: (1) Plaintiff's new counsel has substituted in without adequate time to evaluate the Motion at hand; (2) despite diligent efforts, Plaintiff and its new counsel have been unable to obtain the records and other

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

Notice of Motion and Ex Parte Motion to Shorten Time – Page 1

1. things in Plaintiff's previous counsel's possession, making it
2. further impossible for Plaintiff's new counsel to evaluate the
3. Motion for Preliminary Injunction and/or the merits of
4. Defendants' Motion to Strike; and (3) Defendants' counsel
5. unreasonably refused to enter into a stipulation that would
6. accommodate Plaintiff's new counsel's disadvantages.
7.     These Motions are based upon the declarations of Ron
8. Najafi, Ph.D. and I Braun Degenshein filed herewith, along with
9. all of the other papers on file in this matter and the argument
10. to be made at the hearing on the matter.
11. **Dated:** Sept. 9, 2002

                              Respectfully submitted,

                              **I Braun Degenshein**
                              **Attorney at Law**

                              s/ I Braun Degenshein
                              _____
                              by:   I Braun Degenshein
                                       Attorney for Plaintiff

12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669