I Braun Degenshein (SBN 138832)
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>Defendants | Case No.: C 02-01418 JF<br><br>**DECLARATION OF RON NAJAFI, Ph.D. IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND IN SUPPORT OF PLAINTIFF'S MOTIONS FOR CONTINUANCE AND SANCTIONS**<br><br>Date:  September 16, 2002<br>Time:  9:00 a.m.<br>Place: Courtroom 3<br>Before: Hon. Jeremy Fogel |

I, Ron Najafi, hereby declare as follows:

1. I am the President of California Pacific Labs, Inc., the plaintiff in this action. I am competent to testify to the facts herein, and if called upon will do so.

2. I had to fire Christina Johnson as my attorney because her personal problems were clearly compromising CAL LABS' representation. Apparently, the problems with her ankle caused her to take medications that affected her judgment. The whole thing came to a head on August 14, 2002 when I learned that she

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 1**

could not file my declaration and other reply papers in time for the filing deadline for a number of unacceptable reasons, such as the fumigation of her combination studio apartment/office for fleas.

3.   On Tuesday, August 27, 2002, as soon as possible after the hearing on her motion to withdraw, I sent a letter to Christina L. Johnson by Airborne Express overnight delivery.  Ms. Johnson was California Pacific Labs' former attorney who withdrew from the case the day before for reasons that I do not know or understand.  In my letter, I formally requested that she immediately send me all of California Pacific Labs' "papers and property" as the term is defined in California Rule of Professional Conduct 3-700(D).  According to the tracking information at the Airborne Express web site, the letter was delivered at 10:17 a.m. on August 28, 2002.  To date, I have received nothing and have not heard from her in any way, and she claims she did not receive the letter.

4.   On Friday, August 30, 2002 at around 11:00 a.m., the Motion to Strike papers from Nalge's attorneys were delivered to me at my office in Novato.

5.   I now have an understanding why Judge Fogel was so insistent that I say nothing at the August 26, 2002 hearing, because I had no idea how disadvantaged I was to have Christina Johnson withdraw as my lawyer and to have a new lawyer take up the case.  Had I known, I never would have agreed to a new hearing date of September 16, 2002.

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 2**

1  I swear under penalty of perjury under the laws of the
2  State of California that the foregoing is true and correct and
3  of my own personal knowledge.
4  **Dated:** Sept. 9, 2002

                                          s/ Ron Najafi
                                          _____
                                          Ron Najafi

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669



I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

Najafi Decl. in Opp. To Dfdts' Mot. To Strike and ISO Pltf's Motions to Continue and for Sanctions – Page 4