I Braun Degenshein (SBN 138832)
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>          Plaintiff,<br><br>     vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>          Defendants | Case No.: C 02-01418 JF<br><br>**NOTICE OF MANUAL FILING**<br><br>Date:   Sept. 16, 2002<br>Time:   9:00 a.m.<br>Place:  Courtroom 3<br>Before: Hon. Jeremy Fogel |

   PLEASE TAKE NOTICE that the Supplemental Declaration of Ron Najafi in Support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction shall be filed manually because it is too large to be filed electronically.

**Dated:** Sept. 9, 2002

                              Respectfully submitted,

                              **I Braun Degenshein**
                              **Attorney at Law**

                              s/ I Braun Degenshein

                              Attorney for Plaintiff

**Notice of Manual Filing – Page 1**