I Braun Degenshein (SBN 138832)
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>Defendants | Case No.: C 02-01418 JF<br><br>**NOTICE REGARDING EXHIBIT ATTACHMENT**<br><br>Date:  June 2, 2003<br>Time:  9:00 a.m.<br>Place:  Courtroom 3<br>Before:  Hon. Jeremy Fogel |

### NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits A through F which are attachments to the Declaration of Ron Najafi, Ph.D. in Opposition to Defendants' Motion for Summary Judgment are in paper form only and are being maintained in the case file in the Clerk's office.

The reason for manual filing is because the file size with all exhibits scanned is too large to be transmitted electronically.

**Dated:** May 12, 2003

            /s/  I Braun Degenshein

            Attorney for Plaintiff

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

NOTICE REGARDING EXHIBIT ATTACHMENT – Page 1