**I Braun Degenshein** (SBN 138832)
**Attorney at Law**
81 Skyway Lane
Oakland, CA 94619
510-553-9669 (voice)
510-633-1900 (facsimile)

Attorneys for Plaintiff
CALIFORNIA PACIFIC LABS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC LABS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>NALGE NUNC INTERNATIONAL CORPORATION, a Delaware Corporation; and APOGENT TECHNOLOGIES, Inc.<br><br>Defendants | Case No.: C 02-01418 JF<br><br>**DECLARATION OF RON NAJAFI IN SUPPORT OF PLAINTIFF'S SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       September 22, 2003<br>Time:      9:00 a.m.<br>Place:     Courtroom 3<br>Before:   Hon. Jeremy Fogel |

I, Ron Najafi, hereby declare as follows:

1.      In the event I have not yet made it clear, no one at California Pacific Labs ever saw any "novation" on a purchase order number 93505 from Nalge Nunc until the defendants produced a copy of that purchase order in this litigation.  Because I never saw it, I never agreed to it.  Had I seen it, I would not have agreed to it.

2.      We are now quite certain that we never received a written copy of Nalge's purchase order number 93505.  All of the orders referencing purchase order number 93505 were made by telephone without a paper confirmation from Nalge.

3.      To be absolutely certain of this fact, for the past several months since Nalge Nunc first disclosed the purchase order that was attached to Liz Reagan's declaration as her Exhibit 3, I

**I Braun Degenshein**
**Attorney at Law**
81 Skyway Lane
Oakland, CA 94619
510-553-9669

**Decl. of Ron Najafi ISO Second Supplemental Brief in Opp. to Defdts' MSJ – Page 1**

1   have searched and researched my files to see if a copy of the same may have been received but

2   misfiled.  There is no copy or original of that purchase order anywhere in our files because we

3   never received a written version of it.

4       4.      We are quite meticulous in keeping documents such as these in our files, so if purchase

5   order 93505 is not there, we did not receive it.  We have specific procedures in place with five

6   file cabinets dedicated to California Pacific Labs' customers.  Each customer has its own file

7   folder or folders.  Every document received from a customer is placed in the respective

8   customer's file folder.  We have not destroyed or disposed of a single customer order document

9   since California Pacific Labs began business.

10      5.      In fact, our invoice number 890, that Liz Reagan attached to her declaration as Exhibit 4,

11  merely was a courtesy invoice that was prepared especially to obtain an advance payment

12  required by our September 22, 1997 Purchasing Agreement Amendment (a copy of that

13  Amendment was attached to my previous declaration as Exhibit B).  It was created so that Nalge

14  could cut a check for us in the amount of that invoice, prior to the shipment of any product.  The

15  invoice was a major departure from our usual course of conduct as it was not created to

16  accompany a shipment, and there was no corresponding shipment of product to Nalge.

17      6.      To understand the circumstances surrounding that invoice, one must also review the

18  totality of pertinent documents that preceded and followed that invoice.  In order to begin to

19  perform the terms of our March 4, 1997 Purchasing Agreement, we prepared a "Delivery

20  Schedule for 4" and 8" ECO FUNNEL™."  A true and correct copy of that August 12, 1997

21  Delivery Schedule is attached hereto as **Exhibit A**.  As you can see, Nalge's purchase order

22  number 93505 simply restates our shipping schedule exactly.

23      7.      I also understood that our Delivery Schedule was for the required first year shipments

24  totaling 3,500 units for each of three size Eco-Funnels.  I stated this fact in the very first

25  paragraph of my August 12, 1997 Delivery Schedule.  I understood that I would provide Nalge

26  with new Delivery Schedules for each of the remaining years on our Purchasing Agreement.

27      8.      Additionally, true and correct copies of the first eleven invoices that reference purchase

28  order 93505 are attached hereto as **Exhibit B**.  The reason that none of those invoices correspond

1  to the written Delivery Schedule is because either Lisa Hanna or Nick Tamburrini called the

2  orders in and gave us the purchase order number verbally.  Whatever they called in was reflected

3  on the individual invoices.  Again, had we received a written copy of the referenced purchase

4  order, a copy would have been attached to each and every invoice.

5  9.      Also, the dollar amount on invoice number 890 was calculated to cover the future

6  invoices for 1997 sales, as well as to cover a short payment for invoice number 678 which was

7  written on a different purchase order.  Our records confirm that Nalge's $77,586.00 payment was

8  distributed and applied in exactly that way, to those specific invoices.  A true and correct copy of

9  my Quickbooks screen for the $77,586.00 payment is attached hereto as **Exhibit C**.

10  10.     Invoice 678 had originally been paid for with a check for $775.40, exactly $23.60 short

11  of the invoiced amount.  A true and correct copy of invoice number 678 is attached hereto as

12  **Exhibit D.**  A true and correct copy of my Quickbooks screen for the Nalge's underpayment for

13  invoice number 678 is attached hereto as **Exhibit E**.

14  11.     A true and correct copy of a letter I sent to Liz Reagan responding to her October 19,

15  1998 letter is attached hereto as **Exhibit F.**

16  12.     On or around July 18, 1996, I gave a presentation to Nalge in which I disclosed

17  considerable trade secret information, including but not limited to my potential market research,

18  environmental research, methods of distribution and our confidential customer list.  Nalge's

19  "New Product Proposal" reads like a verbatim transcript of what I disclosed during that

20  presentation, which was understood to be confidential.  A true and correct copy of the written

21  "***Confidential*** Marketing Analysis and Projection" that was prepared for the presentation is

22  attached hereto as **Exhibit G.**

23  13.     Regarding the purported discrepancy between my deposition testimony and the exhibits

24  that were produced with my last declaration, I simply misunderstood the questions that were

25  being asked at my deposition.  There is no doubt that the trademark "Eco-Funnel" has been used

26  on and in association with our funnels, including Nalge's 6375 funnels.  I have absolutely no

27  reason to create a "sham" declaration or to lie at my deposition, because the evidence speaks for

28  itself.  The catalog pages showing the use of the "Eco-Funnel" trademark in relation to our safety

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

Decl. of Ron Najafi ISO Second Supplemental Brief in Opp. to Defdts' MSJ – Page 3

1  waste funnels were not forged; they were actual pages that can be verified through the respective

2  companies.  It is ridiculous for Nalge to be relying on my deposition testimony to that fact when

3  they no doubt are aware of those catalogs.

4        I swear under penalty of perjury under the laws of the United States that the foregoing is

5  true and correct and of my own personal knowledge.

6  **Dated:**  September 8, 2003

7                                                   /s/ Ron Najafi

8                                                   _____
                                                    Ron Najafi

9

10        I hereby attest that concurrence in the filing of this document has been obtained from the
   above signing party.

11                                                  /s/ I Braun Degenshein

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Decl. of Ron Najafi ISO Second Supplemental Brief in Opp. to Defdts' MSJ – Page 4**

# CALIFORNIA-PACIFIC LAB & CONSULTING

Mr. Nick Tamburini,  Purchasing Manager
NALGE NUNC INTERNATIONAL
ROCHESTER, NY 14602-0365

**August 12, 1997**

Re   Delivery Schedule for 4" and 8 " ECO FUNNEL™

Dear  Nick,

In view of the payment terms discussed before, we are invoicing you for the last 25% of the yearly
shipment agreed previously.  Please arrange for payment as soon as possible so that we could proceed.

Considering your priority part numbers mentioned in your memo, we will be shipping you 100 units of each
part #'s (shown below) to fill your pipeline and satisfy Lisa Hanna's marketing efforts.

| Delivery Dates ==> | Mid September 97 | October 30, 1997 | November 30 1997 | January 1, 1998 | February 30 1998 | March 30 1998 |
|---|---|---|---|---|---|---|
| EF-4-38 | 100 | 200 | 300 | 300 | 300 | 300 |
| EF-8-83B | 100 | 200 | 300 | 300 | 300 | 300 |
| EF-4-53B | 100 | 200 | 300 | 300 | 300 | 300 |

| Delivery Date --> | April 30 1998 | May 30, 1998 | June 30, 1998 | July 30, 1998 | August 30 1998 | September 30, 1998 |
|---|---|---|---|---|---|---|
| EF-4-38 | 300 | 300 | 300 | 300 | 300 | 300 |
| EF-8-83B | 300 | 300 | 300 | 300 | 300 | 300 |
| EF-4-53B | 300 | 300 | 300 | 300 | 300 | 300 |

| Delivery Date ==> | October 30, 1998 |
|---|---|
| EF-4-38 | 200 |
| EF-8-83B | 200 |
| EF-4-53B | 200 |

Please confirm the above schedule as soon possible.

Sincerely Yours,

Ron Najafi, Ph.D.
CALIFORNIA-PACIFIC LAB.
copies to :  Ms. Lisa Hanna, Mr. Jim Sanford

37 COMMERCIAL BLVD.
NOVATO, CA 94949
TEL: 415-883-2600
FAX: 415-883-2656
E-MAIL: INFO@CALPACLAB.COM

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/8/1997 | 817 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 2/27/1998 | 2/27/1998 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure. (Corresponding Nalge part # 1-4100-51) | 37 | 39.95 | 1,478.15 |
| S & H charges | Shipping & Handling charges | 1 | 25.00 | 25.00 |

Thank you for your business.

**Total**   $1,503.15

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/26/1997 | 979 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 12/26/1997 | 11/26/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure. | 25 | 39.50 | 987.50 |
| S & H charges | Shipping & Handling charges | 1 | 19.00 | 19.00 |

Thank you for your business.

| **Total** | **$1,006.50** |
|-----------|---------------|

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656



# CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/3/1997 | 990 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 1/2/1998 | 12/3/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size closure.  Suitable for 0.5 Gallon bottles(2 Liter),  or any other bottle accepting a 53B size closure.  (Corresponding # for Nalge = 6375-0002) | 20 | 45.65 | 913.00 |
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure.  (Corresponding # for Nalge = 6375-0004) | 14 | 39.50 | 553.00 |
| EF-8-83B | Ecological Funnel, 8" diameter at the top, with 83B size closure.  Also suitable with any bottle accepting a 83B size closure.  (Corresponding # for Nalge = 6375-0010) | 21 | 44.16 | 927.36 |
| S & H charges | Shipping & Handling charges (3rd Day UPS) | 1 | 69.50 | 69.50 |

Thank you for your business.

**Total** $2,462.86

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 **CALIFORNIA PACIFIC LAB. INC.**

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/1997 | 1002 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| 93505 | Net 30 | 1/14/1998 | 12/15/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure.  (Corresponding # for Nalge = 6375-0004) | 72 | 39.50 | 2,844.00 |
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size closure.  Suitable for 0.5 Gallon bottles(2 Liter),  or any other bottle accepting a 53B size closure. (Corresponding # for Nalge = 6375-0002) | 96 | 45.65 | 4,382.40 |
| S & H charges | Shipping & Handling charges | | 84.00 | 84.00 |
| Other | Silkscreening Tools, Nesting Fixture and Stencil Prep. (1st Label) (three different parts) $ 190 one time charge per funnel | | 570.00 | 570.00 |

Thank you for your business.

# Total

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

Page 1

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/1997 | 1002 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| 93505 | Net 30 | 1/14/1998 | 12/15/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Other | First label was canceled by Nalge Co.  Re ordered again:  Slikscreeing Tools Nesting Fixture and Stencil Prep (2nd Nalge Label) (three different parts)<br>$ 190 one time charge per funnel | | 570.00 | 570.00 |

Thank you for your business.

| Total | $8,450.40 |
|---|---|

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/17/1997 | 1011 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 1/16/1998 | 12/17/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size closure.  Suitable for 0.5 Gallon bottles(2 Liter),  or any other bottle accepting a 53B size closure. (Corresponding # for Nalge = 6375-0002) | 72 | 45.65 | 3,286.80 |
| EF-8-83B | Ecological Funnel, 8" diameter at the top, with 83B size closure.  Also suitable with any bottle accepting a 83B size closure. (Corresponding # for Nalge = 6375-0010) | 21 | 44.16 | 927.36 |
| S & H charges | Shipping & Handling charges | | 46.50 | 46.50 |

Thank you for your business.

| | Total | $4,260.66 |
|---|-------|-----------|

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656



# CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/14/1998 | 1018 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Mr. Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| 93505 | Net 30 | 2/13/1998 | 1/14/1998 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure. (Corresponding # for Nalge = 6375-0004) | 111 | 39.50 | 4,384.50 |
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size closure.  Suitable for 0.5 Gallon bottles(2 Liter),  or any other bottle accepting a 53B size closure. (Corresponding # for Nalge = 6375-0002) | 38 | 45.65 | 1,734.70 |
| EF-8-83B | Ecological Funnel, 8" diameter at the top, with 83B size closure.  Also suitable with any bottle accepting a 83B size closure. (Corresponding # for Nalge = 6375-0010) | 64 | 44.16 | 2,826.24 |
| S & H charges | Shipping & Handling charges | | 240.00 | 240.00 |

Thank you for your business.

**Total**   $9,185.44

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/5/1998 | 1134 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 4/4/1998 | 3/5/1998 | UPS | | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size closure.  Suitable for 1 Gallon bottles, or any other bottle accepting a 38-430 closure. (Corresponding # for Nalge = C-1-4100-51) | 59 | 39.50 | 2,330.50 |
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size closure.  Suitable for 0.5 Gallon bottles (2 Liter), or any other bottle accepting a 53B size closure. (Corresponding # for Nalge = C-1-4100-50) | 79 | 45.65 | 3,606.35 |
| S & H charges | Shipping & Handling charges | | 118.75 | 118.75 |

Thank you for your business.

**Total**   $6,055.60

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/12/1998 | 1148 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| 93505 | Net 30 | 4/11/1998 | 3/12/1998 | Roadway Coll | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| C-1-4100-50 | Nalgene Safety Waste Funnel. Item # C-1-4100-50. 4" top with 53B size closure, 3/4" tube suitable for 2 Liter bottle or any bottle that accepts 53B size closure. | 138 | 45.65 | 6,299.70 |
| C-1-4100-51 | Nalgene Safety Waste Funnel. Item # C-1-4100-51. 4" top with 38-430 size closure, 3/4" tube suitable for 4 Liter bottle or any bottle that accepts 38-430 size closure. | 200 | 39.50 | 7,900.00 |
| S & H charges | Shipped Via Roadway Express (Collect) | 1 | 0.00 | 0.00 |

| | **Total** | **$14,199.70** |
|---|---|---|

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656



# CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/25/1998 | 1172 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 4/24/1998 | 3/25/1998 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| C-1-4100-52 | Nalgene Safety Waste Funnel.  Item # C-1-4100-52. 8" top with 83B size closure, 1" tube suitable for 10 Liter bottle or any bottle that accepts 83B size closure. | 40 | 44.16 | 1,766.40 |
| S & H charges | Shipping & Handling charges (Charge UPS Ground.  Shipment was upgraded to overnight status at Cal-Pac lab Expenses) | 1 | 39.00 | 39.00 |

Thank you for your business.

**Total**   $1,805.40

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656



# CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/30/1998 | 1182 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 93505 | Net 30 | 4/29/1998 | 3/30/1998 | Roadway Coll | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| C-1-4100-50 | Nalgene Safety Waste Funnel. Item # C-1-4100-50. 4" top with 53B size closure, 3/4" tube suitable for 2 Liter bottle or any bottle that accepts 53B closure. | 136 | 45.65 | 6,208.40 |
| C-1-4100-51 | Nalgene Safety Waste Funnel. Item # C-1-4100-51. 4" top with 38-430 size closure, 3/4" tube suitable for 4 Liter bottle or any bottle that accepts 38-430 size closure. | 190 | 39.50 | 7,505.00 |
| S & H charges | Shipped Via Roadway Express (Collect) | 1 | 0.00 | 0.00 |

Thank you for your business.

**Total**     $13,713.40

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/9/1998 | 1214 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Nick Tamburini

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
| 93505 | Net 30 | 5/9/1998 | 4/9/1998 | Roadway Coll | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| C-1-4100-50 | Nalgene Safety Waste Funnel. Item # C-1-4100-50. 4" top with 53B closure, 3/4" tube suitable for 2 Liter bottle or any bottle that accepts 53B size closure. | 280 | 45.65 | 12,782.00 |
| C-1-4100-52 | Nalgene Safety Waste Funnel. Item # C-1-4100-52. 8" top with 83B size closure, 1" tube suitable for 10 Liter bottle or any bottle that accepts 83B size closure. | 400 | 44.16 | 17,664.00 |
| C-1-4100-51 | Nalgene Safety Waste Funnel. Item # C-1-4100-51. 4" top with 38-430 size closure, 3/4" tube suitable for 4 Liter bottle or any bottle that accepts 38-430 size closure. | 62 | 39.50 | 2,449.00 |
| S & H charges | Shipping & Handling charges (shipped via Roadway Express) 29 CTN Tracking # 805-200477-7 | | 0.00 | 0.00 |

Thank you for your business.

**Total**    $32,895.00

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656



Exhibit C

 CALIFORNIA PACIFIC LAB. INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/1997 | 678 |

**BILL TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Accounts Payable

**SHIP TO**

Nalge Nunc International
75 Panorama Creek Dr.
Rochester, NY 14602-0365
Attn : Lisa Hanna

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|----------|-----------|----------|-----|---------|
| 91780 | Net 30 | 7/1/1997 | 6/2/1997 | UPS | San Francis... | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| EF-4-38 | Ecological Funnel, 4" diameter at the top. 38-430 size screw cap. Suitable for 1 Gallon bottles, or any bottle accepting a 38-430 screw cap. | 6 | 39.00 | 234.00 |
| EF-4-53B | Ecological Funnel, 4" diameter at the top. 53B size screw cap. Suitable for 0.5 Gallon bottles (2 Liter), or any bottle accepting a 53B size screw cap. | 6 | 45.00 | 270.00 |
| EF-8-83B | Ecological Funnel, 8" diameter at the top, with 83B size screw cap. Also suitable with any bottle accepting a 83B size screw cap. | 6 | 45.00 | 270.00 |
| S & H charges | Shipping & Handling charges | | 25.00 | 25.00 |
| | Please note the changes in our catalog #'s | | | |

Thank you for your business.

**Total**    $799.00

37 Commercial Blvd. Suite 100
Novato, CA 94949
Tel : 415-883-2600
Fax : 415-883-2656

**Receive Payments**   ▼ How Do I?   _  □  ✕

←Previous   ➡Next          History  ▾  Print Credit Memo              Download Pmts

## Customer Payment

| | Date | Balance |
|---|---|---|
| | 07/11/1997 | 775.40 |

Customer:Job  Nalge Nunc International    ▼

Memo

Amount                        775.40
Pmt. Method    Check    ▼
Ref./Check No.  3115745

☐ Apply Existing Credits?        Existing Credits        0.00
Invoices paid (with this payment) and those still outstanding

| ✓ | Date | Type | Number | Orig. Amt. | Disc. Date | Amt. Due | Payment |
|---|---|---|---|---|---|---|---|
| ✓ | 06/01/1997 | Invoice | 678 | 799.00 | | 775.40 | 775.40 |
| | | | | | Totals | 775.40 | 775.40 |

| Discount Info | Clear Payments | Total to Apply | 775.40 |
|---|---|---|---|
| | | Unapplied Amount | 0.00 |

○ Group with other undeposited funds        ☐ Process credit card payment when saving
● Deposit To   Schwab DO NOT USE   ▼        Save & Close    **Save & New**    Revert

QuickBooks Pro and Premier 2002 now integrate with leading business software applications! Upgrade now.

**CALIFORNIA-PACIFIC LAB & CONSULTING**

November 20, 1998

Ms. Liz Reagan
Nalge Nunc International
75 Panorama Creek Dr
Rochester , NY 14625

Re: Your proposed delay in shipment letter dated October 19, 1998

Dear Liz,

Your proposed revised schedule for delivery of Nalge Safety Waste funnel (Letter dated October 19, 1998) is unacceptable and would put you in breach of your contract dated March 4, 1997, and September 22, 1997. Effective October 19, 1998 we stopped shipment and have been storing your ordered Nalge Safety Waste Funnel (P.O. # 93505) at our facility.

It is in our mutual interest to re-negotiate the present contract immediately. I am available on Wednesday, Thursday or Friday of this week at 10:00 AM. Please pick a day and give me a call to confirm.

Sincerely Yours,

Ron Najafi, Ph.D.
California-Pacific Lab

Copy to: Nick Tamburrini

Attached:
A) Original Contract dated March 4, 1997, and September 22, 1997.
B) Agreed Upon shipping Schedule.
C) Your proposed modification to the Shipping Schedule dated October 19, 1998

37 Commercial Blvd. Suite 100, Novato, CA 94949 / USA
Tel: 415-883-2600 / Fax : 415-883-2656 , e-mail: info@calpaclab.com

**CP** CALIFORNIA-PACIFIC   ,B & CONSULTING

ECOLOGICAL FUNNEL
<u>CONFIDENTIAL MARKETING ANALYSIS AND PROJECTION</u>
<u>JULY 18, 1996</u>

<u>Environmental Trend</u>

**Laws and Regulations**
New Regulations for Laboratories will force all industries, small of large to abide by the terms of the Clean Air Act , Regulation 2 Rule 1.

**New Awareness**
Media, Earth day, recycling trends, unexplained cancers, pollution, ozone depletion in the upper atmosphere, green house gases, etc.

<u>Business Direction</u>

**Opportunities**
Solution to Emission Sources, and waste collection for Laboratories
Prevention rather than end of the pipe remedies.

<u>Market</u>

**North America**

   **Industry**
   Chemists : 116,668 Hands on / 150,000 Total, members of the ACS
   Food Scientist, Technicians : ~ 100,000 ?
   Biologist ~ 100,000 ?
   Molecular Biologists (Biotech Industry, Pharmaceutical Co., etc.) ~ 100,000 ?
   Medical Technologist (Hospitals, Clinical Labs, Pharmaceutical Co., etc.) ~ 50,000 ?

   **Colleges and Universities**
   Teaching and Research Institutions 400,000 ? students, faculty, Postdocs, Graduate
   Students (Total of 4 years).

   **Government**
   50,000 scientist employed by the government at the National Labs (Livermore, Los
   Alamos, Oakridge, Argonne, Sandia) , Army, Navy, Air Force, etc., National Institute
   of Health, etc. and various Universities throughout the United State of America.

   Source of Info:
   American Chemical Society
   Institute of Food Technologists

   Total = ~ 1,000,000 people

Tel : 115-753-6053     **EXHIBIT** _G 1_
Fax : 415-664-9222

 CALIFORNIA-PACIFIC   LB & CONSULTING

**Other Markets :**
**Europe, including Russia (Equal to North American Market) 1,000,000**
Asia, including Japan and China ( – 1/2 of the US in size . fastest growing market !)
Australia ?
South America ?

## Cal-Pacific Mission
To seek out problems in the laboratories and find solutions rapidly (Bringing product with shortest time to market)

## Our Philosophy
- Listening to our customers' needs and <u>wants</u>.
- achieving 150% satisfaction for our customers.
- Fast response to their needs and suggestions

## Mode of Distribution

Both direct and through distributors

### Distributors
- Aldrich
- Lab Safety Supply
- Chemglass
- Carbomer

### Few of our Customers
- Merck Pharmaceutical
- Bristol Myer Squibb
- Parke-Davis Parmaceutical
- American Cyanamide
- Pfizer
- Perkin-Elmer Applied Biosystems
- University of California-Berkeley
- Purdue University
- University of California-San Francisco
- University of California-Berkeley
- University of West Florida
- University of Nebraska
- Temple University

## Projected Sale
**1996**   $ 500,000
## Our Target :
**1997**   $ 2,000,000
**1998**   $ 4,000,000

Tel : 415-753-6053
Fax : 415-664-9222

**EXHIBIT** _G2_