1  I Braun Degenshein (CSB # 138,832)
   Attorney at Law
2  81 Skyway Lane
   Oakland, CA 94619
3  Telephone: (510) 553-9669
   Facsimile: (510) 633-1900
4  Email: braun@idblaw.com

5  Attorneys for Plaintiff,
   CALIFORNIA PACIFIC LABS, INC.
6
   Thomas F. Smegal, Jr. (CSB # 34,819)
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   201 California Street, Suite 1150
8  San Francisco, CA  94111
   Telephone (415) 954-4114
9  Facsimile (415) 954-4111
   Email: tsmegal@kmob.com
10
   Irfan A. Lateef (CSB #204,004)
11 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, 14th Floor
12 Irvine, CA 92614
   Telephone:  (949) 760-0404
13 Facsimile:  (949) 760-9502
   Email: ilateef@kmob.com
14
   Attorneys for Defendants,
15 NALGE NUNC INTERNATIONAL CORPORATION
   and APOGENT TECHNOLOGIES, INC.
16

17                IN THE UNITED STATES DISTRICT COURT

18               FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

| | |
|---|---|
| 20  CALIFORNIA PACIFIC LABS, INC., a California corporation, | ) Civil Action No. C-02-1418-JF (PVT) ) |
| 21 | ) **STIPULATION OF DISMISSAL** |
| 22              Plaintiff, | ) **WITH PREJUDICE AND** ) **[PROPOSED] ORDER THEREON** |
| 23       v. | ) ) |
| 24  NALGE NUNC INTERNATIONAL CORPORATION, a Delaware corporation; and APOGENT TECHNOLOGIES, INC., | ) ) ) |
| 25 | ) |
| 26              Defendants. | ) ) |

27

28

Stipulation of Dismissal With Prejudice
And [Proposed] Order Thereon                                        Case No.  C-02-1418-JF (PVT)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties, through their respective counsel of record and subject to the approval of the Court that:

1. The above-captioned action shall be dismissed with prejudice in its entirety;

2. The Parties shall bear their own costs and expenses, including reasonable attorney fees;

3. This Court has jurisdiction over the Parties and the subject matter of the Complaint and Answer filed herein. This Court retains jurisdiction for enforcing the Settlement Agreement between the Parties.

Dated: July 19, 2004         By: */s/ I Braun Degenshein*
                                  I Braun Degenshein
                                  Attorney for Plaintiff,
                                  CALIFORNIA PACIFIC LABS, INC.

Concurrence in the filing of this document has been obtained by Thomas F. Smegal, Jr. from Plaintiff's Counsel, I Braun Degenshein, which shall serve in lieu of his signature on the document.

                                  KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 19, 2004         By: */s/ Thomas F. Smegal, Jr.*
                                  Thomas F. Smegal, Jr.
                                  Irfan A. Lateef
                                  Attorneys for Defendants, NALGE NUNC
                                  INTERNATIONAL CORPORATION and
                                  APOGENT TECHNOLOGIES, INC.

IT IS SO ORDERED.

Dated: _____        _____
                                  THE HONORABLE JEREMY FOGEL
                                  UNITED STATES DISTRICT COURT JUDGE

APOGL.007L
H:\DOCS\IAL\IAL-3275.DOC
062304

Stipulation of Dismissal With Prejudice       -1-       Case No. C-02-1418-JF (PVT)
And [Proposed] Order Thereon