1  I Braun Degenshein (CSB # 138,832)
   Attorney at Law
2  81 Skyway Lane
   Oakland, CA 94619
3  Telephone: (510) 553-9669
   Facsimile: (510) 633-1900
4  Email: braun@idblaw.com

5  Attorneys for Plaintiff,
   CALIFORNIA PACIFIC LABS, INC.
6

7  Thomas F. Smegal, Jr. (CSB # 34,819)
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   201 California Street, Suite 1150
8  San Francisco, CA  94111
   Telephone (415) 954-4114
9  Facsimile (415) 954-4111
   Email: tsmegal@kmob.com
10

11 Irfan A. Lateef (CSB #204,004)
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, 14th Floor
12 Irvine, CA 92614
   Telephone:  (949) 760-0404
13 Facsimile:  (949) 760-9502
   Email: ilateef@kmob.com
14

15 Attorneys for Defendants,
   NALGE NUNC INTERNATIONAL CORPORATION
   and APOGENT TECHNOLOGIES, INC.
16

17                    IN THE UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                                SAN JOSE DIVISION

20 CALIFORNIA PACIFIC LABS, INC., a        )  Civil Action No. C-02-1418-JF (PVT)
   California corporation,                 )
21                                         )  **STIPULATION OF DISMISSAL**
                    Plaintiff,             )  **WITH PREJUDICE AND**
22                                         )  **[PROPOSED] ORDER THEREON**
       v.                                  )
23                                         )
   NALGE NUNC INTERNATIONAL                )
24 CORPORATION, a Delaware corporation;    )
   and APOGENT TECHNOLOGIES, INC.,         )
25                                         )
                    Defendants.            )
26 _____)

27

28

Stipulation of Dismissal With Prejudice
And [Proposed] Order Thereon                                Case No.  C-02-1418-JF (PVT)

1   Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby
2   stipulated by and between the parties, through their respective counsel of record and subject
3   to the approval of the Court that:

4   1.   The above-captioned action shall be dismissed with prejudice in its entirety;

5   2.   The Parties shall bear their own costs and expenses, including reasonable
6   attorney fees;

7   3.   This Court has jurisdiction over the Parties and the subject matter of the
8   Complaint and Answer filed herein.  This Court retains jurisdiction for enforcing the
9   Settlement Agreement between the Parties.

10

11  Dated:  July 19, 2004                By:  */s/ I Braun Degenshein*
                                              I Braun Degenshein
12                                            Attorney for Plaintiff,
                                              CALIFORNIA PACIFIC LABS, INC.
13

14  Concurrence in the filing of this document has been obtained by Thomas F. Smegal,
15  Jr. from Plaintiff's Counsel, I Braun Degenshein, which shall serve in lieu of his signature on
16  the document.

17                                            KNOBBE, MARTENS, OLSON & BEAR, LLP
18

19  Dated:  July 19, 2004                By:  */s/ Thomas F. Smegal, Jr.*
                                              Thomas F. Smegal, Jr.
20                                            Irfan A. Lateef
                                              Attorneys for Defendants, NALGE NUNC
21                                            INTERNATIONAL CORPORATION and
                                              APOGENT TECHNOLOGIES, INC.
22

23      IT IS SO ORDERED.

24

25  Dated: _____

                                              THE HONORABLE JEREMY FOGEL
26                                            UNITED STATES DISTRICT COURT JUDGE

27  APOGL.007L
    H:\DOCS\IAL\IAL-3275.DOC
28  062304

Stipulation of Dismissal With Prejudice        -1-                Case No.  C-02-1418-JF (PVT)
And [Proposed] Order Thereon